# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**SADIE PASCHAL**, *et al.*,                                                                                             **PLAINTIFFS**

**v.**                                               **4:12-cv-00184-BRW**

**CHILD DEVELOPMENT INC.**, *et al.*                                                                      **DEFENDANTS**

## COURT'S INQUIRY

Does anyone know who represents Defendant, Ms. Lisa Barber?

Each counsel of record should do his or her best to advise the Court more fully in the premises, so that I will know how to proceed.

No rush, but it would be good if you would let me have your response by 2:00 p.m., tomorrow, April 17, 2012.

It is so INQUIRED this 16th day of April, 2012.

                                                  /s/ Billy Roy Wilson
                                                  UNITED STATES DISTRICT JUDGE