# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**SADIE PASCHAL,** *et al.,*                                                                                    **PLAINTIFFS**

**v.**                                              **4:12-cv-00184 BRW**

**CHILD DEVELOPMENT INC.,** *et al.*                                                          **DEFENDANTS**

## ORDER

Defendant Community Development Institute Head Start ("CDHIS") filed a Motion to Dismiss on April 18, 2012.[1]  Plaintiffs filed a Response on April 20, 2012.[2]  Based on Plaintiffs' Response, I believe a reply from the Defendant would be helpful.  Defendant CDHIS may file a reply by Wednesday, May 2, 2012.

IT IS SO ORDERED this 25th day of April, 2012.


                                             /s/Billy Roy Wilson
                                             UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 9.

[2] Doc. No. 16.