IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SADIE PASCHAL, PENNY CLARK, BECCA COLEMAN,   PLAINTIFFS
HENRIETTA JAMES, ASHLEY REED, PATRICIA SHAVERS,
ANDREA TONEY, and VIRGINIA ZERMENO, INDIVIDUALLY
AND ON BEHALF OF OTHERS SIMILARLY SITUATED

v.                          Case No. 4:12-cv-0184-KGB

CHILD DEVELOPMENT, INC., COMMUNITY DEVELOPMENT
INSTITUTE HEAD START, JO ANN WILLIAMS, individually and
as executive director of CHILD DEVELOPMENT, INC., and
LISA BARBER as fiscal officer of CHILD DEVELOPMENT, INC.   DEFENDANTS

## ORDER

Before the Court are Plaintiffs' Motion for Leave to File Plaintiff's Second Amended and Substituted Complaint (Dkt. No. 55) and separate defendants Mary Ann Rollans and Bettye Williamson's Motion to Dismiss (Dkt. No. 43), to which plaintiffs have responded in opposition (Dkt. No. 54).

Plaintiff's motion for leave to file an amended complaint (Dkt. No. 55) is granted. Separate defendants Ms. Rollans and Ms. Williamson's motion to dismiss (Dkt. No. 43) is denied as moot. Plaintiffs are directed to file their second amended complaint by August 24, 2012. To the extent arguments in Ms. Rollans and Ms. Williamson's motion to dismiss remain applicable to the second amended complaint, Ms. Rollans and Ms. Williamson may renew their motion to dismiss.

SO ORDERED this the 17 day of August, 2012.

Kristine G. Baker
United States District Judge