| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS | 1. REQUISITION NUMBER | | PAGE | OF |
|---|---|---|---|---|
| OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30 | 06Y008636 | | 1 | 17 |

| 2. CONTRACT NO. | 3. AWARD/ EFFECTIVE DATE | 4. ORDER NUMBER | 5. SOLICITATION NUMBER | 6. SOLICITATION ISSUE DATE |
|---|---|---|---|---|
| GS10F0183R | | HHSP233200600088U | | |

| 7. | FOR SOLICITATION INFORMATION CALL: ▶ | a. NAME DONALD HADRICK | b. TELEPHONE NUMBER (No collect calls) 301-443-3459 | 8. OFFER DUE DATE/LOCAL TIME |
|---|---|---|---|---|

| 9. ISSUED BY | CODE | DAM | 10. THIS ACQUISITION IS |
|---|---|---|---|

9. ISSUED BY  CODE DAM

DHHS/PSC/SAS/DAM
PARKLAWN BUILDING, ROOM 5-101
5600 FISHERS LANE
ROCKVILLE MD 20857

10. THIS ACQUISITION IS
[X] UNRESTRICTED OR [ ] SET ASIDE: ___ % FOR:
[ ] SMALL BUSINESS
[ ] HUBZONE SMALL BUSINESS
[ ] SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS
[ ] EMERGING SMALL BUSINESS
[ ] 8(A)

NAICS: 541611
SIZE STANDARD: $6.0

| 11. DELIVERY FOR FOB DESTINA-TION UNLESS BLOCK IS MARKED [ ] SEE SCHEDULE | 12. DISCOUNT TERMS Net 30 | 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | 13b. RATING | |
|---|---|---|---|---|
| | | 14. METHOD OF SOLICITATION [ ] RFQ [ ] IFB [ ] RFP | | |

| 15. DELIVER TO | CODE | CO-2217 | 16. ADMINISTERED BY | CODE | DAM |
|---|---|---|---|---|---|

HHS/ACF/HEAD START BUREAU
1250 MARYLAND AVE, SW #8181
WASHINGTON DC 20024

DHHS/PSC/SAS/DAM
PARKLAWN BLDG., ROOM 5-101
5600 FISHERS LANE
ROCKVILLE MD 20857

| 17a. CONTRACTOR/ OFFEROR | CODE | 841548541 | FACILITY CODE | 18a. PAYMENT WILL BE MADE BY | CODE | FMS |
|---|---|---|---|---|---|---|

COMMUNITY DEVELOPMENT INSTITUTE
Attn: CAROLYN MILLER
9475 EAST HAMPTON AVE
SUITE 310
DENVER CO 80231-4923

PSC/FMS  (301) 443-3020
PARKLAWN BUILDING, ROOM 16A-12
5600 FISHERS LANE
ROCKVILLE MD 20857

TELEPHONE NO.  720 747-5100

[ ] 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED [X] SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | Tax ID Number: DUNS Number: 080700180 CAN: G995122 Obj. Class: 2515 FY: 2006 | | | | |
| 1 | Base Year Head Start National Interim Management Contract | | | | 5,388,540.00 |
| 2 | Option Year I Continued ... | | | | |

(Use Reverse and/or Attach Additional Sheets as Necessary)

| 25. ACCOUNTING AND APPROPRIATION DATA 7561536 | 26. TOTAL AWARD AMOUNT (For Govt. Use Only) $5,388,540.00 |
|---|---|

[ ] 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED.   ADDEND [ ] ARE [ ] ARE NOT ATTACHED
[X] 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED.   ADDENDA [ ] ARE [X] ARE NOT ATTACHED

[X] 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ___4___ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN.

[ ] 29. AWARD OF CONTRACT REF. _____ OFFER DATED _____. YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

| 30a. SIGNATURE OF OFFEROR/CONTRACTOR Carolyn J Miller | 31a. UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFICER) Donald S Hadrick |
|---|---|
| 30b. NAME AND TITLE OF SIGNER (Type or print) CAROLYN J. MILLER | 30c. DATE SIGNED 2/22/06 | 31b. NAME OF CONTRACTING OFFICER (Type or print) DONALD S. HADRICK | 31c. DATE SIGNED 2/23/06 |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 3/2005)
Prescribed by GSA - FAR (48 CFR) 53.212

CDI-HS000615

**EXHIBIT C**

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | Head Start National Interim Management Contract Amount: $5,577,228.00 (Option Line Item) | | | | |
| 3 | Option Year II | | | | |
| | Head Start National Interim Management Contract Amount: $5,772,445.00 (Option Line Item) | | | | |
| 4 | Option Year III | | | | |
| | Head Start National Interim Management Contract Amount: $5,974,402.00 (Option Line Item) | | | | |
| 5 | Option Year IV | | | | |
| | Head Start National Interim Management Contract Amount: $6,183,571.00 (Option Line Item) | | | | |
| | Total amount of award: $28,896,186.00. The obligation for this award is shown in box 26. | | | | |

32a. QUANTITY IN COLUMN 21 HAS BEEN

ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED:

☐ RECEIVED ☐ INSPECTED ☐

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
| | | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER |
|---|---|---|---|---|
| ☐ PARTIAL ☐ FINAL | | | ☐ COMPLETE ☐ PARTIAL ☐ FINAL | |
| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY | | |

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | | 42a. RECEIVED BY (Print) |
|---|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT (Location) |
| | | 42c. DATE REC'D (YY/MM/DD) | 42d. TOTAL CONTAINERS |

STANDARD FORM 1449 (REV. 3/2005) BACK

CDI-HS000616

**Consideration and Payment** - In consideration of satisfactory performance of the work as described throughout this order, the Government will pay the Contractor in accordance with the fixed loaded hourly rates shown below for each position <u>based on the number of actual hours incurred</u> in performance of the work described herein.

<u>Base Year:</u>        <u>March 16, 2006 through March 15, 2007</u>

| Labor Categories | Fixed Loaded Hourly Rate | Person Hours | Quantity (Personnel | Total $ |
|---|---|---|---|---|
| Principal | 118.53 | 1,040 | 0.50 | 123,271 |
| Senior Associate | 105.20 | 1,560 | 0.75 | 164,112 |
| Project Manager | 99.55 | 2,080 | 1.00 | 207,064 |
| Senior Consultants | 77.94 | 13,832 | 6.65 | 1,078,066 |
| Consultants | 65.08 | 27,040 | 13.00 | 1,759,763 |
| Research Analysts | 42.81 | 13,000 | 6.25 | 556,530 |
| Support Staff | 30.62 | 6,240 | 3.00 | 191,069 |
| **Total Direct Labor** | | | | 4,079,875 |

**Other Direct Costs**

| | |
|---|---|
| Staff Travel | 769,665 |
| Consultant Fees | 356,000 |
| Consultant Travel | 183,000 |
| **Total Base Year:** | **$5,388,540** |

<u>Option Year I:</u>        <u>March 16, 2007 through March 15, 2008</u>

| Labor Categories | Fixed Loaded Hourly Rate | Person Hours | Quantity (Personnel | Total $ |
|---|---|---|---|---|
| Principal | 122.68 | 1,040 | 0.50 | 127,587 |
| Senior Associate | 108.88 | 1,560 | 0.75 | 169,853 |
| Project Manager | 103.03 | 2,080 | 1.00 | 214,302 |
| Senior Consultants | 80.67 | 13,832 | 6.65 | 1,115,827 |
| Consultants | 67.36 | 27,040 | 13.00 | 1,821,414 |
| Research Analysts | 44.31 | 13,000 | 6.25 | 576,030 |
| Support Staff | 31.69 | 6,240 | 3.00 | 197,746 |
| **Total Direct Labor** | | | | 4,222,759 |

**Other Direct Costs**

| | |
|---|---|
| Staff Travel | 796,603 |
| Consultant Fees | 368,460 |
| Consultant Travel | 189,405 |
| **Option Year I:** | **$5,577,228** |

**CDI-HS000617**

**Option Year II:**   **March 16, 2008 through March 15, 2009**

| Labor Categories | Fixed Loaded Hourly Rate | Person Hours | Quantity (Personnel | Total $ |
|---|---|---|---|---|
| Principal | 126.97 | 1,040 | 0.50 | 132,049 |
| Senior Associate | 112.69 | 1,560 | 0.75 | 175,796 |
| Project Manager | 106.64 | 2,080 | 1.00 | 221,811 |
| Senior Consultants | 83.49 | 13,832 | 6.65 | 1,154,834 |
| Consultants | 69.72 | 27,040 | 13.00 | 1,885,229 |
| Research Analysts | 45.86 | 13,000 | 6.25 | 596,180 |
| Support Staff | 32.80 | 6,240 | 3.00 | 204,672 |
| Total Direct Labor | | | | 4,370,571 |

**Other Direct Costs**

| | |
|---|---|
| Staff Travel | 824,484 |
| Consultant Fees | 381,356 |
| Consultant Travel | 196,034 |

**Option Year II:**                                   **$5,772,445**

---

**Option Year III:**   **March 16, 2009 through March 15, 2010**

| Labor Categories | Fixed Loaded Hourly Rate | Person Hours | Quantity (Personnel | Total $ |
|---|---|---|---|---|
| Principal | 131.42 | 1,040 | 0.50 | 136,677 |
| Senior Associate | 116.64 | 1,560 | 0.75 | 181,958 |
| Project Manager | 110.37 | 2,080 | 1.00 | 229,570 |
| Senior Consultants | 86.41 | 13,832 | 6.65 | 1,195,223 |
| Consultants | 72.16 | 27,040 | 13.00 | 1,951,206 |
| Research Analysts | 47.46 | 13,000 | 6.25 | 616,980 |
| Support Staff | 33.95 | 6,240 | 3.00 | 211,848 |
| Total Direct Labor | | | | 4,523,462 |

**Other Direct Costs**

| | |
|---|---|
| Staff Travel | 853,341 |
| Consultant Fees | 394,704 |
| Consultant Travel | 202,895 |

**Option Year III:**                                   **$5,974,402**

**CDI-HS000618**

**Option Year IV:**        **March 16, 2010 through March 15, 2011**

| Labor Categories | Fixed Loaded Hourly Rate | Person Hours | Quantity (Personnel | Total $ |
|---|---|---|---|---|
| Principal | 136.02 | 1,040 | 0.50 | 141,461 |
| Senior Associate | 120.72 | 1,560 | 0.75 | 188,323 |
| Project Manager | 114.24 | 2,080 | 1.00 | 237,619 |
| Senior Consultants | 89.44 1 | 3,832 | 6.65 | 1,237,134 |
| Consultants | 74.68 | 27,040 | 13.00 | 2,019,347 |
| Research Analysts | 49.13 | 13,000 | 6.25 | 638,690 |
| Support Staff | 35.14 | 6,240 | 3.00 | 219,274 |
| Total Direct Labor | | | | 4,681,848 |

**Other Direct Costs**

| | |
|---|---|
| Staff Travel | 883,208 |
| Consultant Fees | 408,518 |
| Consultant Travel | 209,997 |
| **Option Year IV:** | **$6,183,571** |

**TOTAL ALL CONTRACT YEARS:**        **$28,896,186**

**Title:**    **Head Start National Interim Management Contract**

## Background

Head Start is a national program serving pregnant women, infants, toddlers, and preschool age children from low-income families with a wide range of education, health and social services. In Fiscal Year 2004 the program served more than 905,000 children and their families through a network of more than 1,600 grantees with a budget of almost $7 billion. Funding in the form of a grant is made directly from the Head Start Bureau, Migrant and Seasonal Branch, the American Indian/Alaska Native Branch in Washington, DC and ten Regional Offices, to more than 1,600 local agencies. Head Start grantees range from small agencies serving 100 children to large agencies with budgets in the millions of dollars, serving thousands of children. A number of grantees also have subcontractors (delegate agencies) which provide all or part of the required services.

To assure high-quality services, the Head Start Bureau and Regional Offices are responsible for evaluating these agencies' compliance with performance standards every three years. Grantees which are not in compliance, as determined by an on-site triennial monitoring review, may lose their Head Start grant through a suspension or termination of the grant. In addition, there are, from time to time, grantees which choose to relinquish their Head Start grant.

While the competitive process is underway to select the new agency that will serve as the replacement Head Start grantee, an agency may be appointed for an interim period to assure continuity of services. This agency may operate a Head Start program for up to, but not exceeding, one year. Over the past five years more than 50 agencies have been terminated or have relinquished their grant and an interim agency has operated the program until a permanent grantee was selected through a competitive process.

## Purpose

The Head Start Bureau (HSB) is seeking one organization to serve as an interim management agent under this contract to provide oversight and administration of the day-to-day Head Start services in communities where a Head Start grantee has relinquished its grant, is under a suspension, or its grant was terminated by the Administration for Children and Families (ACF). As ACF's agent, the Head Start National Interim Management Contractor will provide management of a Head Start program from the time the previous grantee loses its sponsorship until the replacement grantee is selected and operational. The contractor will also work with the prior grantee and the new grantee, as appropriate, to assure that there is an orderly transition and there is minimal or no disruption in services.

ACF estimates that the contractor will operate at least 20 programs with a maximum of 50 programs per year and as many as 25 programs simultaneously. ACF will provide, to the extent possible, advance notice of the need for services however, the contractor shall be prepared to be on-site as the interim management agent for a selected area(s) within 48 hours of being notified of the need for services.

## Statement of Work

The Contractor shall have overall responsibility of the day-to-day operations of a local Head Start program on a temporary basis as defined under this contract. Costs for core contract staff will be reimbursed to the Contractor directly through this contract.

The work under this contract will proceed as follows. The Contractor's core staff will be full-time; they will provide the knowledge base, procedures, technical, legal and financial management expertise. The

Contractor shall provide a roster of qualified individuals (on-site contract managers) who will be responsible for oversight of contract activities in specific locations.

When the Project Officer (PO) of this contract is notified that a grantee may be suspended, relinquish a grant, or be terminated, the PO and Contractor will begin planning for the interim assignment at the grantee's site. The Contractor shall identify an on-site contract manager who will be responsible for all contract activities at the site. The on-site contract manager will in turn identify an individual who is qualified to act as the Head Start program director. The Contractor is encouraged to identify current Head Start staff that should be considered for this position. This selection will be approved by the PO.

Under the Head Start National Interim Management Contract the Contractor will act as a management and fiscal agent on a temporary basis on behalf of ACF. The Contractor shall not operate as a Head Start grantee but is responsible for maintaining the operations of the program in accordance with all appropriate Head Start Program Performance Standards. The specific functions of the interim management agent are:

- Provide oversight and ensure the continuity of the existing Head Start program operations that include performing day-to-day activities in areas of management, personnel, fiscal, payroll and accounting
- Maintain current family and community partnerships
- Support existing activities of the Policy Council and Parent Committees
- Ensure all facilities are licensed
- Maintain a safe environment for children
- Develop program status reports that will be forwarded to PO and used to inform potential applicants on the status of the program
- Participate in start-up transition phase with the former grantee and the new grantee transition with the selected replacement grantee

**The Contractor shall perform the following tasks:**

**TASK 1        Participate in orientation meeting with the Project Officer**

The Contractor shall meet with the PO and other central office staff deemed necessary by the PO within one week of contract award. Discussion shall include, but not be limited to, the purpose of the contract and methodologies to be employed in carrying out the work program. The meeting shall also provide the opportunity to discuss any modifications to the contractor's technical approach and a review of the project work plan, project timelines and schedule of deliverables. The Contractor will be advised of any pending sites in which services as the interim management agent might be needed immediately.

**TASK 2        Develop written materials to support project activities**

The Contractor shall develop written material (protocols) to detail its approach to carrying out the activities under the contract and materials which will be provided to staff of programs for which the Contractor will be acting as the interim management agent. The written material should provide information about the Contractor and the approach the contractor will take as an interim management agent including the administrative processes which the contractor will employ during the term as the interim agent. In addition, information about whom should be contacted in case of questions or concerns by interim management staff, concerned parents, or the public shall be addressed and templates will be required as part of the ongoing development of specific procedures.

Written materials should also address operational systems of providing interim services as well as materials that support the replacement grantee process such as supplemental information for prospective applicants and transition procedures.

**CDI-HS000621**

**TASK 3          Develop protocols for working with Central Office staff**

The Contractor shall propose a protocol for the exchange of information between the contractor, PO and other central office staff deemed necessary. These protocols will address each stage of the process and include advance notification of the need for services when a selected grantee may be terminated, suspended, or relinquished; during the replacement process; or in the transition phases during start-up or upon selection to of a new replacement grantee.

**TASK 4          Maintain electronic database for replacement grantee process (Ongoing)**

ACF has developed an ACCESS database to monitor ongoing operations of the replacement grantee process including interim management services. The Contractor shall be responsible for data entry and management of data for tracking purposes and to generate status reports on a monthly basis at a minimum.

**TASK 5          Assume role of interim management agent for selected grantees (On-going)**

ACF will provide, to the extent possible, advance notice of the need for services, however, the contractor shall be prepared to be on-site as the interim management agent for a selected area(s) within 48 hours of being notified of the need for services.

**TASK 6          Submit Monthly Progress Reports**

Monthly progress reports will be submitted to the Federal Project Officer and should include a description of the status of services during the reporting period. This report should include any issues related to operation of the program, change in staff roster or assignments, etc.

**TASK 7          Submit Annual Report**

The Contractor shall provide an Annual Report that describes the activities and assignments that occurred during the project year and be submitted at the end of the base project year and each option year thereafter.

**TASK 8          Submit Final Report**

The Contractor shall submit the final technical report which will cover the entire contract period and will summarize all activities and assignments from the effective date of the contract through the last day of the period of performance.

**TASK 9          Participate in quality assurance meetings**

The Contractor shall have two staff members to attend quality assurance meetings with the PO and other central office staff in Washington, DC on a semi-annual basis. These meetings will contribute to overall improvements in the national interim management project and contribute information on an ongoing basis to support ongoing continuous improvement of the interim management activities and replacement grantee process.

**CDI-HS000622**

**Transition Plan**

As part of the transition plan, the Contractor shall gather information, observations, and experience to pass on to the replacement grantee and will continue such assistance until the grant award is issued and the replacement grantee is ready to assume the management responsibility of the program. A clearly defined transition plan of 30-90 days must be provided to the PO for approval. The Contractor may propose either one single or several alternative approaches in staffing the contract and accomplishing the work as the interim management agent.

**NOTE 1---Head Start program operations that could affect the performance of this contract.**

A significant cost (10-20%) of operating a Head Start program is related to the provision of nutritious meals and snack to participating children. Head Start programs are expected to use United States Department of Agriculture (USDA) Food and Nutrition Service programs as the primary source of reimbursement for these nutrition services. USDA regulations, however, do not permit participation of for-profit organizations in its food programs. This means that for-profits may apply and receive the contract being advertised, and may function as the interim management agent. However, since for-profits are ineligible to participate in USDA Food Programs, the contractor, when in the role of interim management agent, must demonstrate a firm and feasible arrangement for the on-going provision of nutritious meals and snacks which will ensure that children receive such services in accord with 45 C.F.R. 1304.23.

**NOTE 2—ACF technology applications.**

In addition, the successful bidder must design/develop/maintain information technology applications to be consistent with ACF standards. Technology hardware, services and applications must be compatible with the ACF/OIS environment, and in particular, must be compatible with federal enterprise architecture for the Head Start Bureau. Hardware, websites, services and applications must utilize, to the fullest extent feasible, HSB technical assets and platforms. Among ACF standards are HTML, JAVA, JSP, Oracle application server, Solaris, and Apache. Plans to develop and/or deploy technology solutions, and designs for these solutions, must be reviewed and approved by the Federal Project Officer in conjunction with OIS to assure adherence to ACF standards.

**Other Requirements**

The Contractor shall be able to begin work within thirty days of receiving the award.

The Contractor shall obtain approval from the Project Officer before finalizing and delivering any products.

Ownership of all documents, materials, and information written by the Contractor, and data that are developed, collected, compiled, and analyzed by the Contractor shall reside permanently with the Head Start Bureau in both electronic and print formats.

The Contractor shall work with the Project Officer to have any necessary information collection activities approved by the Office of Management and Budget (OMB).

The Contractor shall obtain approval from the Government prior to entering into any subcontract not included in its proposal.

The Contractor is not be eligible to apply at any time during the course of the contract for permanent sponsorship of any program for which it performed the task of interim grantee.

**CDI-HS000623**

## INSPECTION AND ACCEPTANCE

1.    The Contractor's performance and the quality of services provided hereunder shall be subject to final inspection and acceptance by the Contracting Officer in conjunction with the Project Officer.

2.    **PERIODIC INSPECTIONS:**

The Project Officer will periodically conduct on-the-job inspections to determine the overall quality of contract performance, the job knowledge of individual employees, and to observe and determine the personnel conduct.

3.    **TERM OF THE CONTRACT:**

Performance of this contract shall be March 16, 2006 through March 15, 2007 unless the period is extended by modification to this contract. This contract contains four (4), twelve (12) month Option Periods which may which may be exercised at the Government's discretion in accordance with FAR Clause 52.217-9, "Option to Extend the Term of the Contract".

4.    **TYPE OF CONTRACT**

This is a Labor Hour Contract with Cost Reimbursable travel expenses.

5.    **SCHEDULE OF DELIVERABLES**

All general deliverables shall be delivered to the Project Officer electronically.  All deliverables shall be submitted to the Project Officer for review and approval. All deliverables shall be made available electronically, in web-ready format(s), as well as in printed form if required by the Project Officer.

The Contractor shall prepare and submit the following deliverables on the required due date, in the quantity stated, to the Project Officer.

| Item | Description | Quantity | Due Date |
|------|-------------|----------|----------|
| Task 1 | Participate in Orientation Meeting | PO and contractor staff | 7 days after contract Award |
| Task 2 | Develop written materials<br>Drafts | 1 hard copy and 1 electronic version | 10 days after contract award |
| | Final | 1 hard copy and 1 electronic version | 30 days after contract award |
| Task 3 | Develop protocols<br>Drafts | 1 hard copy and 1 electronic version | 10 days after contract award |
| | Final | 1 hard copy and 1 electronic version | 30 days after contract award |
| Task 4 | Maintain electronic database | Web-based | 10 days after contract award |

CDI-HS000624

| | | | Ongoing |
|---|---|---|---|
| Task 5 | Assume role of interim management agent | Ongoing | 30 days after contract award |
| Task 6 | Submit Monthly Progress Reports | 1 hard copy and 1 electronic version | Monthly within 10 days of due date |
| Task 7 | Submit Annual Report | 1 hard copy and 1 electronic version | Within 30 days after end of contract year |
| Task 8 | Submit Final Report | 1 hard copy and 1 electronic version | Within 30 days after end of contract |
| Task 9 | Participate in quality assurance meetings with PO | PO and contractor staff | Every 6 months after contract award |

Unless otherwise specified, all Final reports shall be delivered to:

> Department of Health and Human Services
> Program Support Center
> Division of Acquisition Management
> 5600 Fishers Lane, Room 5-101
> Rockville, Maryland 20857

> *Attn: Donald S. Hadrick*

6.    **CONTRACTOR PERFORMANCE**

At the Project Officer's discretion, he/she and the contractor's program manager will meet quarterly to evaluate the manner in which the Contractor performed in accordance with the contract requirements and standards such as: good workmanship, the Contractor's record of forecasting and controlling cost; the Contractor's adherence to contract schedule, Contractor's history of reasonable and cooperative behavior and commitment to customer satisfaction, and generally, the Contractor's business like concern for the interest of the customer. The Contracting Officer may attend these meetings.

**CDI-HS000625**

## CONTRACT ADMINISTRATION

1.    **INVOICE SUBMISSION:**

In addition to the information required by FAR clause 52.212-4 Contract Terms and Conditions-Commercial Items (OCT 2003), the following information is also required for submission of a proper invoice.

a.    Signature of an authorized official certifying the invoice to be correct and proper for payment;

b.    Period of performance for which costs are claimed; and

c.    Tax identification number (employer's identification number) or social security number.

d.    The Contractor shall submit an original and three (3) copies of its invoice to:

> Financial Management Services/Program Support Center
> Parklawn Building, Room 16a-12
> 5600 Fishers Lane
> Rockville, Maryland 20857
> Attn: HHSP233200600088U

e.    One additional copy shall be sent to the following:

> DHHS, Program Support Center
> Division of Acquisition Management, SAS
> Parklawn Building, Room 5-101
> 5600 Fishers Lane
> Rockville, Maryland 20857
> Attn: HHSP233200600088U

> and

> Karen McKinney
> Replacement Grantee Coordinator
> Division of Program Management
> Head Start Bureau
> 1250 Maryland Avenue, SW, #8181
> Washington, DC 20024
> Project Officer

f.    Payment shall be made by:

> Financial Management Services/Program Support Center
> Parklawn Building, Room 16a-12
> 5600 Fishers Lane
> Rockville, Maryland 20857
> (301)443-3020

g.    Electronic Transfer of Funds Payment

Pursuant to FAR 52.232-33, Payment of Electronic Funs Transfer – Central Contractor Registration, payments under this contract shall be made by electronic funds transfer (EFT)

## 2.    INVOICE PAYMENT:

In consideration of satisfactory performance of the work as described throughout this order, the Government will pay the Contractor the price as shown on the price sheet. This amount will be payable upon presentation of a proper invoice and upon receipt and acceptance by the Government of the services specified in the Schedule. It is the requirement of the Government to obtain complete and satisfactory performance in accordance with the terms of the specifications and quality standards of this contract. The Government is contracting for satisfactory performance of all work identified in the specifications, and deductions will, therefore, be made for any service not provided. The Government will determine monetary deductions for nonperformance of work under this contract, or for deficiencies in the performance of work and supplements "Termination for Cause."

It is agreed that failure to: accomplish any work required under this contract; to satisfactorily accomplish such work; or to comply with any provisions of this contract, where due to the carelessness, neglect, or fault of the contractor, shall constitute a deficiency for which a reduction of payment will be made in accordance with the provisions of this contract.

## 3.    ADJUSTING PAYMENTS

(a)  Adjusting Payments

There will generally not be more than a three (3) month delay in adjusting amounts of payments when deductions are made for unsatisfactory performance or work not performed; i.e., deductions for unsatisfactory performance or work not performed during January will generally be made from the payment for March or April services.

(b)  Deduction Procedures

The Contracting Officer will inform the contractor in writing of the type and dollar amount of proposed deductions on or before the 10th calendar day succeeding the end of the month for which the deductions are to be made.

The contractor may, within 10 calendar days of receipt of the notification from the Contracting Officer of the proposed deductions, present to the Contracting Officer specific reasons why any or all of the proposed deductions are not warranted. Reasons must be solidly based and must provide specific facts, which justify reconsideration and adjustment of the proposed amount to be deducted. Failure to respond within the ten (10) day period will be deemed to be acceptance of the deductions proposed.

After consideration of the contractor's reply, if any, the Contracting Officer will make any adjustments, which are warranted, determine the dollar amount of deductions and notify the contractor of his/her decision.

4.    **TECHNICAL MONITORING:**

Performance of the work under this Contract shall be subject to the technical monitoring of the Project Officer. The term "Technical Monitoring" is defined to include, without limitation, the following:

a.    Technical directions to the Contractor which redirect the contract effort, shift work emphasis between work areas or tasks, require pursuit of certain lines of inquiry, fill in details or otherwise serve to accomplish contractual scope of work.

b.    Providing information to the Contractor for assistance in the interpretation of drawings, specifications or technical portions of the work description.

c.    Review and, where specified by the Contract, approval of technical reports, drawings, specifications and technical information to be delivered by the Contractor to the Government under the Contract.

Technical direction must be within the general scope of work stated in the Contract. The Project Officer does not have the authority to and may not issue any technical direction which (i) constitutes an assignment of additional work outside the general scope of the Contract; (ii) constitutes a change as defined in "Changes;" (iii) in any manner causes an increase or decease in the total price of the contract or the time required for Contract performance; or (iv) changes any of the expressed terms, conditions, or specifications of the Contract.

All technical directions shall be issued in writing by the Project Officer or shall be confirmed in writing within five (5) working days after issuance by the Project Officer.

The Contractor shall proceed promptly with the performance of technical directions duly issued by the Project Officer in the manner prescribed within his authority under this provision.

If, in the opinion of the Contractor any instruction or direction issued by the Project Officer is within one of the categories as defined in (i) through (iv) above, the Contractor shall not proceed but shall notify the Contracting Officer in writing within five (5) working days after the receipt of any such instruction or direction and shall request the Contracting Officer to modify the contract accordingly.

Upon receiving such notification from the Contractor, the Contracting Officer shall issue an appropriate contract modification or advise the Contractor in writing that, in his opinion, the technical direction is within the scope of this article and does not constitute a change under the Changes Clause of the contract. The Contractor shall thereupon proceed immediately with the direction given. A failure of the parties to agree upon the nature of the instruction or direction or upon the contract action to be taken with respect thereto shall be subject to the provisions of contract clause "Disputes."

5.    **Quality Assurance Surveillance Plan (QASP):**

The Contractor's QASP (Appendix 4) is hereby incorporated by reference.

6.    **Performance Standards:**

Contractor performance will be evaluated based on –

A. Adherence to order schedule and delivery dates;

B. Extent to which the final deliverables address the statement-of-work;

C. Extent of relevance and applicability of concepts in the deliverables to HHS constraints.

D. Quality of content, including text, figures, and linkages

**7.      PROJECT OFFICER:**

The Project Officer responsible for the technical requirements covered by this contract, as contemplated above, "Technical Monitoring" hereof, will be designated by separate correspondence.

**8.      KEY PERSONNEL:**

The personnel specified in this contract are considered to be essential to the work being performed hereunder. Prior to diverting any of the specified individuals to other programs, the Contractor shall notify the Contracting Officer reasonably in advance and shall submit justification (including proposed substitutions) in sufficient detail to permit evaluation of the impact on the program. No diversion shall be made by the Contractor without written consent of the Contracting Officer; provided, that the Contracting Officer may ratify in writing such diversion and such ratification shall constitute the consent of the Contracting Officer. The contract may be modified from time to time during the course of the contract to either add or delete personnel, as appropriate.

| Name | Title |
|------|-------|
| Carolyn Miller | Executive Director |
| Deborah Hinrichs | Systems Review Manager |
| Grace Hardy | Operations Manager |
| Deborah Mabry-Strong | CACFP Coordinator |
| Jill Bryan | Assistant Director |
| Nila Rinehart | Project Director |

**9.      GOVERNMENT FURNISHED MATERIALS:**

The Government will provide the Contractor with any pertinent and existing information and/or data to assist the Contractor in the performance of the task requirements.

**10.      CONTRACTOR FURNISHED MATERIALS:**

The Contractor shall provide all printing, binding, laminating, and publishing of all deliverables.

**11.      CONFERENCE/MEETING FACILITIES:**

**The Contractor, if responsible for the selection of a conference/meeting facility for 30 or more attendees, shall consider a minimum of three sites and select the site offering the most cost savings to the Government**

The Contractor shall ensure that all facilities, meetings and seminars held pursuant to this contract are accessible to persons with disabilities per the stipulations set forth in HHSAR Clause 352.270-1.

**CDI-HS000629**

12.    **TRAVEL COSTS:**

The Contractor will be reimbursed, not to exceed the amounts stated below, for all domestic travel as described below, incurred directly and specifically in the performance of this contract, claimed by the Contractor and accepted by the Contracting Officer.

Base Year:        $  952,665.00
Option Year I:    $  986,008.00
Option Year II:   $1,020,518.00
Option Year III:  $1,056,236.00
Option Year IV:   $1,093,205.00

A.  Airfare costs in excess of the lowest customary standard, coach, or equivalent airfare offered during normal business hours are unallowable except when such accommodations require circuitous routing, require travel during unreasonable hours, excessively prolong travel, result in increased costs that would offset transportation savings, are not reasonably adequate for the physical or medical needs of the traveler, or are not reasonably available to meet mission requirements. However, in order for airfare costs in excess of the above standard airfare to be allowable, the applicable condition(s) set forth must be documented and justified.

B.  Costs of rail travel by most direct route, first-class with lower berth or nearest equivalent.

C.  Travel by motor vehicle shall be reimbursed on a reasonable actual expense basis, or at the Contractor's option, on a mileage basis at the current Federal Travel Regulation rate $0.445 per mile, plus any toll or ferry charges.

D.  Reasonable subsistence not in excess of actual itemized expenses not to exceed the ceilings in the Federal Travel Regulations in effect at the time of incurred cost.

13.    **PROVISIONS APPLICABLE TO DIRECT COSTS:**

Notwithstanding FAR 52.216-7, Allowable Cost and Payment, and FAR 52.244-2, Subcontracts (Cost-Reimbursement and Letter Contracts), unless otherwise expressly provided elsewhere in this contract or in any modification thereto, the costs of the following items or activities shall be unallowable as direct costs:

A.  Acquisition, by purchase or lease, of any interest in real property;

B.  Special rearrangement or alteration of facilities;

C.  Purchase or lease of any item of general purpose, office furniture or office equipment; and

D.  Travel to foreign countries.

Any equipment having a unit acquisition cost in excess of $1,000.00, of which the Contractor wishes to be reimbursed as a direct item of cost, shall not be acquired by the Contractor without the specific advance written approval of the Contracting Officer.

14.    **OVERTIME:**

During the life of this contract, deadlines may arise which necessitate the Contractor's employees to work in excess of 40 hours per week. The Contractor may have staff that is exempt from

overtime pay since they are professionals. Therefore, the Government shall not reimburse the Contractor for time worked by exempt employees in excess of 40 hours per week. The Contractor shall be reimbursed at the rates stated in the delivery order pricing schedule for nonexempt employees working in excess of 40 hours per week under the order.

15.    **DAILY TIME REPORTS: (only applicable to labor hour contracts)**

The Contractor employees shall record all actual hours worked on daily time reports. The reports shall be recorded on a daily basis whether the employees are working at an on-site location or off-site location. The invoices shall be the official time records for payment purposes under this contract. The Contractor shall only be reimbursed for up to 40 hours per week worked by the Contractor's exempt employees. It is understood that employees exempt from receiving overtime will at times show more hours on the time reports than are actually invoiced for. The Contractor shall only be reimbursed for time actually worked by the Contractor's nonexempt employees (which includes time worked in excess of 40 hours per week) at the rates stated in the delivery order pricing. The Contractor shall not be reimbursed for employee lunch hours. Exempt employees will record hours worked in whole hours. The Contractor shall submit its time report with the monthly invoices. See FAR 52.232-7 as incorporated by reference into this order.

16.    **FAR 52.252-2 CLAUSES INCORPORATED BY REFERENCE (FEB 1998)**

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this address: "http://www.arnet.gov/far/."

1.    **FEDERAL ACQUISITION REGULATION (48 CFR CHAPTER 1) CONTRACT CLAUSES**

    1.    52.217-8 Option to Extend Services (NOV 1999) [30 days]
    2.    52-237-3 Continuity of Services (JAN 1991)

17.    **DEPARTMENT OF HEALTH AND HUMAN SERVICES ACQUISITION REGULATION (HHSAR) (48 CFR CHAPTER 3) CLAUSES**

    1.    352.202-1 Definitions (JAN 2001)
    2.    352.224-70 Confidentiality of Information (APR 1984)
    3.    352.232-9 Withholding of Contract Payments (APR 1984)
    4.    352.270-1 Accessibility of Meetings, Conferences, and Seminars To Persons with Disabilities (JAN 2001)
    5.    352.270-5 Key Personnel (APR 1984)
    6.    352.270-6 Publication and Publicity (JUL 1991)
    7.    352.270-7 Paperwork Reduction Act (JAN 2001)

Appendix 4:  Quality Assurance Surveillance Plan

**CDI-HS000632**

**APPENDIX 4**

Head Start National Interim Management Contract (RFQ 06Y008636)

Community Development Institute

QUALITY ASSURANCE SURVEILLANCE PLAN

| Required Services/Tasks | Performance Standards | Methods of Surveillance | Standards to be Met | Deduction |
|---|---|---|---|---|
| Task 1 – Participate in orientation meeting with the Federal Project Officer. | Contractor adheres to guidance provided by the Federal Project Officer and attends orientation meeting as requested within 7 days of contract award. | Meeting agendas and follow-up plans and communications documenting meeting activities. | Contractor receives favorable response from the Federal Project Officer and provides timely follow-up as requested. | Up to .1% deduction of Labor Hour contract. |
| Task 2 – Develop written materials to support project activities. | Contractor provides already developed significant project management documents to Federal Project Officer for review and approval within 10 days of contract award.<br><br>Requests for revisions are completed in 30 days of contract award (dependent on timely review by Federal Project Officer). | Correspondence documenting submittal of documents and list of significant documents.<br><br>Correspondence documents revisions made.<br><br>Revised documents are available for review. | Documents are submitted to the Federal Project Officer on schedule (one hard copy and one electronic version.)<br><br>Revisions are completed and documents produced according to an agreed upon timetable.<br><br>Revised documents are made available to the project for immediate use. | Up to .1% deduction of Labor Hour contract. |
| Task 3 – Develop protocols for working | Contractor meets with the Federal Project | Meeting agendas and follow-up plans | Revised protocols assigned to contractor | Up to .05% deduction of Labor Hour contract. |

CDI-HS000633

| Required Services/Tasks | Performance Standards | Methods of Surveillance | Standards to be Met | Deduction |
|---|---|---|---|---|
| with central office staff. | Officer to review existing protocols and within 10 days of contract, produce draft protocols.<br><br>Assignments are given to the Contractor to complete any necessary revisions.<br><br>Revisions are completed and submitted to the Federal Project Officer within 30 days of contract award.<br><br>Protocols are integrated into the contractor's performance. | document meeting activities and agreements.<br><br>Correspondence documents revised protocols.<br><br>Revised protocols are available for review and use. | are submitted to Federal Project Officer on schedule (one hard copy and one electronic version.).<br><br>Protocols are integrated into the contractor's performance and feedback is favorable. | |
| Task 4 – Maintain electronic database for replacement grantee process (ongoing). | Contractor will update the web-based electronic database and produce a report to the Federal Project Officer within 10 days of contract award.<br><br>Thereafter, monthly reports will be provided to the Federal Project Officer on the 15th of | Monthly electronic database reports.<br><br>Correspondence verifying submittal<br><br>Meeting agendas and work plans associated with the database process. | The web-based electronic data base is updated and the first report of this contract is submitted to the Federal Project Officer within 10 days of contract award.<br><br>Ongoing monthly electronic database reports are submitted to | If there are more than 2 late reports and an extended timeline has not been approved by the Federal Project Officer, up to .05% deduction of Labor Hour contract for each late report. |

CDI-HS000634

| Required Services/Tasks | Performance Standards | Methods of Surveillance | Standards to be Met | Deduction |
|---|---|---|---|---|
| | each month for the preceding month or on an alternative agreed upon delivery schedule. | Written database procedures. | the Project Officer by the 15th of the month (or on an alternative agreed upon delivery schedule) for at least 10 of 12 months in each project year (or 80% of time). | |
| | Updates and changes initiated by the Federal Project Officer will be completed by contractor within 10 business days and submitted to the Federal Project Officer. | | When the timeline cannot be met, an agreed upon date will be requested and approved by the Federal Project Officer. | |
| | Contractor will work with the Federal Project Officer and Bureau staff to continue to refine the operation of the database and to create procedures and processes. | | Only minor edits are necessary to correct contractor errors 10% of the time. | |
| Task 5 – Assume role of interim management agent for selected grantees (on-going). | Contractor will continue to serve the already assigned programs immediately upon award of the contract, with no disruption in service. | Monthly reports indicating number of programs served. | Contractor serves at least 20 programs simultaneously and with a maximum of 50 programs per year. | Up to .25% deduction of Labor Hour Contract. |
| | Throughout the term of the contract, contractor will serve at least 20 to 25 programs | Annual reports indicating numbers of programs served. | Contractor receives favorable feedback from the regional and national offices regarding programs assigned. | |

CDI-HS000635

| Required Services/Tasks | Performance Standards | Methods of Surveillance | Standards to be Met | Deduction |
|---|---|---|---|---|
| | simultaneously and with a maximum of 50 programs per year. | | Contractor receives no more than 4 valid complaints per 12 month period due to quality of service, disallowances, mistakes, incompleteness, or timeliness. | |
| Task 6 – Submit Monthly Progress Reports | Monthly Progress Reports are submitted to the Federal Project and Contract Officer by the 15th of the month for the preceding month's activities.<br><br>If the 15th date cannot be met by the contractor, an agreed upon date will be requested by the contractor, within 10 days of the due date. | Completed monthly reports submitted according to the established timeline. | Monthly Progress Reports are submitted to the Federal Project and Contract Officer by the 15th of the month for at least 10 of 12 months in each project year (one hard copy and one electronic version.).<br><br>When the timeline cannot be met, an agreed upon date will be requested and approved by the Federal Project Officer, and the revised timeline for submittal is within 10 days of due date. | If there are more than two late reports and an extended timeline has not been approved by the Federal Project Officer or the submittal date is within 10-days of the original due date, up to .05% deduction of Labor Hour contract for each late report. |
| Task 7 – Submit Annual Report | An Annual Report will be submitted to the Federal Project and | A completed Annual Report is submitted according to the | The Annual Report is submitted to the Federal Project and Contract | Up to .05% deduction for late report. |

CDI-HS000636

| Required Services/Tasks | Performance Standards | Methods of Surveillance | Standards to be Met | Deduction |
|---|---|---|---|---|
| | Contract Officer, 30 days after the contract year end. | established timeline. | Officer in 30 days after the contract year end (one hard copy and one electronic version.).<br><br>There is favorable response from the Project Officer. | |
| Task 8 – Submit Final Report | A Final Report will be submitted to the Federal Project and Contract Officer, 30 days after the contract end. | A published completed Final Report. | The Final Report is submitted to the Federal Project and Contract Officer in 30 days after the contract end (one hard copy and one electronic version.).<br><br>There is favorable response from the Project Officer | Up to .05% deduction for late report. |
| Task 9 – Participate in quality assurance meetings | The contractor project director and assigned staff will attend quality assurance meetings with the Federal Project Officer and other central office staff in Washington, DC every 6 months after contract award. | Meeting agendas, minutes, and follow-up plans. | Contractor receives favorable response from the Project Officer and provides timely follow-up as requested. | Up to .1% deduction of Labor Hour contract. |
| Transition | In partnership with the national and regional | Transition Plan template is approved; Transition | Transition Plan template is approved by the | Up to .1% deduction of Labor Hour contract. |

CDI-HS000637

| Required Services/Tasks | Performance Standards | Methods of Surveillance | Standards to be Met | Deduction |
|---|---|---|---|---|
| Contractor shall gather information, observations and experience to pass on to replacement grantee and continues in assisting transition until the grant award is issued to the replacement and the grantee assumes responsibility for the program. A clearly defined transition plan of 30 to 90 days is provided to Federal Project Officer for Approval. | offices, contractor compiles information and provides assistance for the effective transition of programs from interim status to a new replacement grantee during a time period of 30-90 days.<br><br>The transition plan template is submitted to the Federal Project Officer for approval. | Notebook is available for review; Program Fact sheets and Inventories are provided to the national office. | Project Officer.<br><br>Contractor receives favorable response from the Project Officer and Regional offices regarding the transition process at least 90% of the time.<br><br>Program summary fact sheets and inventories are submitted error free at least 90% of time. | |
| **Contract Administration**<br><br>Timely submittal of contractor Invoice. | An original, plus three copies of invoices of all expenses charged to the contract, will be submitted within 30 days of month end to the DHHS, Program Support Center, Division of Acquisition Management, SAS and the Project Officer, DHHS, Administration for Children Youth and Families. | Completed invoices and correspondence. | Monthly invoices are submitted within 30 days of month end in 10 of the 12 months. | Up to .05% deduction of Labor Hour contract per late report if there are more than two late reports. |

CDI-HS000638

| Required Services/Tasks | Performance Standards | Methods of Surveillance | Standards to be Met | Deduction |
|---|---|---|---|---|
| **Contract Administration**<br><br>Contract personnel change notification | Contractor will notify in advance and shall submit justification to change management personnel assigned to the project to seek approval from the Contract Officer as necessary. | Correspondence and meeting minutes documenting justification and approval. | Project Officer is notified of all management personnel assigned to the project to seek approval. The management staff include:<br><br>• Project Director<br>• Assistant Directors<br>• Lead Site Managers<br>• Site Managers | Up to .05 deduction of Labor Hour contract. |
| **Other Program Requirements**<br><br>Subcontracting | Contractor shall obtain approval from the Federal Project Officer prior to entering into any subcontract not included in this proposal. | Correspondence and meeting minutes documenting discussion and approval. | Project Officer is notified of subcontracts not included in this proposal. | Up to .1% deduction of Labor Hour contract. |
| **Other Program Requirements**<br><br>Application for permanent sponsorship of interim programs. | Contractor does not apply for or are eligible at any time during the course of the contract for permanent sponsorship of any program for which it performed the task of interim grantee. | Absence of application for permanent sponsorship in the federal RFA system. | No application for permanent sponsorship is present in the federal RFA system. | Up to .1% deduction of Labor Hour contract. |

CDI-HS000639

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | | PAGE OF PAGES |
|---|---|---|---|---|
| | | | | 1    2 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| 0011 | 06/07/2011 | ACF65771 | |

| 6. ISSUED BY | CODE | DAM | 7. ADMINISTERED BY (If other than Item 6) | CODE | DAM |
|---|---|---|---|---|---|

DHHS/PSC/SAS/DAM
PARKLAWN BUILDING, ROOM 5-101
5600 FISHERS LANE
ROCKVILLE MD 20857

DHHS/PSC/SAS/DAM
PARKLAWN BLDG., ROOM 5-101
5600 FISHERS LANE
ROCKVILLE MD 20857

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (x) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|

COMMUNITY DEVELOPMENT INSTITUTE 359909
COMMUNITY DEVELOPMENT INSTITUTE
10065 E HARVARD AVE STE 700
DENVER CO 802314923

9B. DATED (SEE ITEM 11)

| X | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
|---|---|
| | GS10F0183R |
| | HHSP233200600088U |

10B. DATED (SEE ITEM 13)

| CODE   359909 | FACILITY CODE | 02/22/2006 |
|---|---|---|

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers    ☐ is extended.   ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA (If required) | Net Increase: | $2,272,606.00 |
|---|---|---|
| 2011.G994122.25102 | | |

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | FAR 52.217-8 Option to Extend Services (NOV 1999) |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT:   Contractor   ☐ is not,   ☒ is required to sign this document and return _____ 1 _____ copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)**

Tax ID Number:
DUNS Number: 080700180
The Contract/Order No. referenced in box 10A. above is hereby modified to extend services through September 15, 2011.

1. Add Line Item 7 to extend services through September 15, 2011 in the amount of $2,272,606.00.

2. The period of performance is changed from March 16, 2006 through June 15, 2011 to March 16, 2006 through September 15, 2011.

Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|
| CAROLYN J. MILLER, EXEC. DIR. | DONALD S. HADRICK | |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| *(Signature of person authorized to sign)*   Carolyn Miller | 6/8/11 | *(Signature of Contracting Officer)*   Donald Hadrick | 6/15/11 |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

CDI-HS000640

NAME OF OFFEROR OR CONTRACTOR
COMMUNITY DEVELOPMENT INSTITUTE 359909

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
| --- | --- | --- | --- | --- | --- |
| | 3. The total amount of this contract is increased by $2,272,606.00 from $42,425,319.00 to $44,697,925.00. | | | | |
| | All other terms and conditions remain unchanged by reason of this modification. Delivery: 09/15/2011 Delivery Location Code: ACF Admin for Children + Families Administration for Children and Fam 370 L'Enfant Promenade, S.W. Washington DC 20447 US | | | | |
| | Appr. Yr.: 2011 CAN: G994122 Object Class: 25102 FOB: Destination Period of Performance: 03/16/2011 to 06/15/2011 | | | | |
| | Add Item 7 as follows: | | | | |
| 7 | Extention of Services for the Head Start National Interim Management Contract through September 15, 2011. | | | | 2,272,606.00 |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

CDI-HS000641

## ORDER FOR SUPPLIES OR SERVICES

IMPORTANT: Mark all packages and papers with contract and/or order numbers.

| 1. DATE OF ORDER | 2. CONTRACT NO. *(if any)* |
|---|---|
| 07/12/2012 | GS-10F-0185R |

| 3. ORDER NO. | 4. REQUISITION/REFERENCE NO. |
|---|---|
| HHSP233201200419G | ACF81764 |

**5. ISSUING OFFICE** *(Address correspondence to)*
DHHS/PSC/SAS/DAM
Parklawn Building, Room 5C-18
5600 Fishers Lane
Rockville MD 20857

**6. SHIP TO:**

**a. NAME OF CONSIGNEE**
Admin for Children + Families

**b. STREET ADDRESS**
Administration for Children and Fam
370 L'Enfant Promenade, S.W.

| c. CITY | d. STATE | e. ZIP CODE |
|---|---|---|
| Washington | DC | 20447 |

**f. SHIP VIA**

**7. TO:**

**a. NAME OF CONTRACTOR**
COMMUNITY DEVELOPMENT INSTITUTE 359909

**b. COMPANY NAME**

**c. STREET ADDRESS**
COMMUNITY DEVELOPMENT INSTITUTE
10065 E HARVARD AVE STE 700

| d. CITY | e. STATE | f. ZIP CODE |
|---|---|---|
| DENVER | CO | 802314923 |

**8. TYPE OF ORDER**

☐ a. PURCHASE

REFERENCE YOUR:

☒ b. DELIVERY

Except for billing instructions on the reverse, this delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

Please furnish the following on the terms and conditions specified on both sides of this order and on the attached sheet, if any, including delivery as indicated.

**9. ACCOUNTING AND APPROPRIATION DATA**
2012.G994122.25102

**10. REQUISITIONING OFFICE**
CARTER MARCIA A (ACF)

**11. BUSINESS CLASSIFICATION** *(Check appropriate box(es))*
☐ a. SMALL ☒ b. OTHER THAN SMALL ☐ c. DISADVANTAGED ☐ d. WOMEN-OWNED ☐ e. HUBZone
☐ f. SERVICE-DISABLED ☐ g. WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOSB PROGRAM ☐ h. EDWOSB

**12. F.O.B. POINT**

**13. PLACE OF**

| a. INSPECTION | b. ACCEPTANCE |
|---|---|
| Destination | Destination |

**14. GOVERNMENT B/L NO.**

**15. DELIVER TO F.O.B. POINT ON OR BEFORE** *(Date)*

**16. DISCOUNT TERMS**

**17. SCHEDULE** *(See reverse for Rejections)*

| ITEM NO. (a) | SUPPLIES OR SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| | Tax ID Number: | | | | | |
| | DUNS Number: 080700180 | | | | | |
| | For questions regarding this order please feel free to contact Cassandra Ellis by email at Cassandra.Ellis@psc.hhs.gov | | | | | |
| | Technical POC for this service: Shawna Pinckney - 202 205.7263 | | | | | |
| | Continued ... | | | | | |

| 18. SHIPPING POINT | 19. GROSS SHIPPING WEIGHT | 20. INVOICE NO. | | 17(h) TOTAL (Cont. pages) |
|---|---|---|---|---|

**21. MAIL INVOICE TO:**

SEE BILLING INSTRUCTIONS ON REVERSE

| a. NAME | PSC/FHS | $10,999,565.23 |
|---|---|---|
| b. STREET ADDRESS (or P.O. Box) | PSC_invoices@psc.hhs.gov | |

17(i) GRAND TOTAL

| c. CITY | d. STATE | e. ZIP CODE | $10,999,565.23 |
|---|---|---|---|

| 22. UNITED STATES OF AMERICA BY *(Signature)* | 23. NAME *(Typed)* |
|---|---|
| ► *Cassandra Ellis* | CASSANDRA A. ELLIS |
| | TITLE: CONTRACTING/ORDERING OFFICER |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION NOT USABLE

OPTIONAL FORM 347 (Rev. 2/2012)
Prescribed by GSA/FAR 48 CFR 53.213(f)

IMPORTANT: Mark all packages and papers with contract and/or order numbers.

| DATE OF ORDER | CONTRACT NO. | | ORDER NO. |
|---|---|---|---|
| 07/12/2012 | GS-10F-0183R | | HHSP233201200419G |

| ITEM NO. (a) | SUPPLIES/SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| | Appr. Yr.: 2012 CAN: G994122 Object Class: 25102 Period of Performance: 07/12/2012 to 07/11/2013 | | | | | |
| 1 | Base Year: Office of Head Start - National Interim Management Program | | | | 10,999,565.23 | |
| 2 | Option Year 1: Office of Head Start - National Interim Management Program Amount: $11,234,235.83 (Option Line Item) | | | | 0.00 | |
| 3 | Option Year 2: Office of Head Start - National Interim Management Program Amount: $11,474,305.77 (Option Line Item) | | | | 0.00 | |
| 4 | Option Year 3: Office of Head Start - National Interim Management Program Amount: $11,720,936.03 (Option Line Item) | | | | 0.00 | |
| 5 | Option Year 4: Office of Head Start - National Interim Management Program Amount: $11,973,471.07 (Option Line Item) | | | | 0.00 | |

| TOTAL CARRIED FORWARD TO 1ST PAGE (ITEM 17(H)) | ▷ | | | $10,999,565.23 | |

## SECTION 2 – PRODUCTS OR SERVICES AND PRICES/COSTS

## 2.1.    CONSIDERATION AND PAYMENT

The Contractor shall provide the commercial services described in Section 3, Description/ Specifications/Performance Work Statement. Except as otherwise specified in the task order, the Contractor shall furnish the necessary personnel, materials, services, facilities, and otherwise do all things necessary for or incident to the performance of the work set forth herein.

In consideration of satisfactory performance of the work described in the Performance Work Statement, the Contractor shall be compensated for the number of hours actually incurred at the fixed loaded hourly rates set forth below. The Government shall not be obligated to pay any amount in excess of the ceiling price, nor is the Contractor obligated to continue performance if to do so would exceed the ceiling price.

## 2.2.    CONTRACT PRICING

This is a term Time-and-Materials (T&M) task order for severable services. As a result, unused funds from one year may not be rolled over for use in other years. In consideration for the successful performance of this work, the Contractor shall be compensated in accordance with the fixed loaded hourly rates shown below for actual hours incurred. The fully loaded rates shall be all inclusive of the direct labor rate, fringe benefits, applicable indirect cost rates, and any profit (if applicable) for each labor category. The rates paid for Consultant Fees will not exceed the hourly rate in the schedule. The Contractor shall also be reimbursed for domestic travel expenses incurred in direct performance of this contract. Please see Section 6.4 for Travel.

**Base Year: July 12, 2012 through July 11, 2013**

| Labor Category | Estimated Hours | Fixed Loaded Hourly Rate | Ceiling Price |
|---|---|---|---|
| Principal - 1 | 2,080 | $127.75 | $199,290.00 |
| Senior Associate - 1 | 2,080 | $113.05 | $176,358.00 |
| Project Manager - 1 | 2,080 | $103.38 | $107,515.20 |
| Senior Consultants - 12 | 24,960 | $85.91 | $2,144,313.60 |
| Consultants - 26 | 54,080 | $74.24 | $4,014,899.20 |
| Research Analysts - 18 | 37,440 | $50.48 | $1,889,971.20 |
| Support Staff - 2 | 4,160 | $36.11 | $150,217.60 |
| **Total Estimated Labor** | **126,880** | | $8,682,564.80 |
| **Travel (Not-to-Exceed)** | | | $1,620,000.43 |
| **Consultant Fees** | | | $472,000.00 |
| **National Interim Grantee Start-up Costs (OPEN MARKET ITEM)** | | | $225,000.00 |
| **TOTAL CEILING AMOUNT** | | | **$10,999,565.23** |

**Option Year 1: July 12, 2013 through July 11, 2014**

| Labor Category | Estimated Hours | Fixed Loaded Hourly Rate | Ceiling Price |
|---|---|---|---|
| Principal - 1 | 2,080 | $130.94 | $204,266.40 |
| Senior Associate - 1 | 2,080 | $115.89 | $180,772.80 |
| Project Manager - 1 | 2,080 | $105.96 | $110,198.40 |
| Senior Consultants - 12 | 24,960 | $88.06 | $2,197,977.60 |
| Consultants - 26 | 54,080 | $76.10 | $4,115,488.00 |
| Research Analysts - 18 | 37,440 | $51.74 | $1,937,145.60 |
| Support Staff - 2 | 4,160 | $37.01 | $153,961.60 |
| **Total Estimated Labor** | **126,880** | | $8,899,810.40 |
| **Travel (Not-to-Exceed)** | | | $1,620,000.43 |
| **Consultant Fees** | | | $483,800.00 |
| **National Interim Grantee Start-up Costs (OPEN MARKET ITEM)** | | | $230,625.00 |
| **TOTAL CEILING AMOUNT** | | | **$11,234,235.83** |

**Option Year 2: July 12, 2014 through July 11, 2015**

| Labor Category | Estimated Hours | Fixed Loaded Hourly Rate | Ceiling Price |
|---|---|---|---|
| Principal - 1 | 2,080 | $134.21 | $209,367.60 |
| Senior Associate - 1 | 2,080 | $118.78 | $185,296.80 |
| Project Manager - 1 | 2,080 | $108.61 | $112,954.40 |
| Senior Consultants - 12 | 24,960 | $90.26 | $2,252,889.60 |
| Consultants - 26 | 54,080 | $78.00 | $4,218,240.00 |
| Research Analysts - 18 | 37,440 | $53.03 | $1,985,443.20 |
| Support Staff - 2 | 4,160 | $37.94 | $157,830.40 |
| **Total Estimated Labor** | **126,880** | | $9,122,022.00 |
| **Travel (Not-to-Exceed)** | | | $1,620,000.43 |
| **Consultant Fees** | | | 495,892.64 |
| **National Interim Grantee Start-up Costs** | | | $236,390.70 |

| (OPEN MARKET ITEM) | | |
|---|---|---|
| **TOTAL CEILING AMOUNT** | | **$11,474,305.77** |

**Option Year 3: July 12, 2015 through July 11, 2016**

| Labor Category | Estimated Hours | Fixed Loaded Hourly Rate | Ceiling Price |
|---|---|---|---|
| Principal - 1 | 2,080 | $137.57 | $214,609.20 |
| Senior Associate - 1 | 2,080 | $121.75 | $189,930.00 |
| Project Manager - 1 | 2,080 | $111.33 | $115,783.20 |
| Senior Consultants - 12 | 24,960 | $92.52 | $2,309,299.20 |
| Consultants - 26 | 54,080 | $79.95 | $4,323,696.00 |
| Research Analysts - 18 | 37,440 | $54.36 | $2,035,238.40 |
| Support Staff - 2 | 4,160 | $38.89 | $161,782.40 |
| **Total Estimated Labor** | **126,880** | | $9,350,338.40 |
| **Travel (Not-to-Exceed)** | | | $1,620,000.43 |
| **Consultant Fees** | | | $508,296.80 |
| **National Interim Grantee Start-up Costs (OPEN MARKET ITEM)** | | | $242,300.40 |
| **TOTAL CEILING AMOUNT** | | | **$11,720,935.03** |

**Option Year 4: July 12, 2016 through July 11, 2017**

| Labor Category | Estimated Hours | Fixed Loaded Hourly Rate | Ceiling Price |
|---|---|---|---|
| Principal - 1 | 2,080 | $141.01 | $219,975.60 |
| Senior Associate - 1 | 2,080 | $124.79 | $194,672.40 |
| Project Manager - 1 | 2,080 | $114.11 | $118,674.40 |
| Senior Consultants - 12 | 24,960 | $94.83 | $2,366,956.80 |
| Consultants - 26 | 54,080 | $81.95 | $4,431,856.00 |
| Research Analysts - 18 | 37,440 | $55.72 | $2,086,156.80 |
| Support Staff - 2 | 4,160 | $39.86 | $165,817.60 |
| **Total Estimated Labor** | **126,880** | | $9,584,109.60 |

| Travel (Not-to-Exceed) | | $1,620,000.43 |
|---|---|---|
| Consultant Fees | | $521,003.04 |
| National Interim Grantee Start-up Costs (OPEN MARKET ITEM) | | $248,358.00 |
| TOTAL CEILING AMOUNT | | $11,973,470.07 |

## CEILING PRICE

The ceiling price for this Task order is **$10,999,565.23**. The Government shall not be obligated to pay any amount in excess of this ceiling price nor is the Contractor obligated to continue performance if to do so would surpass this ceiling price. The contractor exceeds the ceiling price at its own risk.

## 2.3.   NUMBER OF HOURS INCURRED

Contractor shall include a time sheet with each invoice showing the number of hours worked. This time sheet shall show the number of hours worked per person and by labor category during the time period invoiced. The Contracting Officers Representative (COR) shall provide a time tracking method to document each labor categories work time.

## SECTION 3 – DESCRIPTION/SPECIFICATIONS/PERFORMANCE WORK STATEMENT

The services described in this statement of work have been determined to be nonpersonal in nature.

## 3.1.   TITLE

Office of Head Start – National Interim Management Program

## 3.2.   BACKGROUND

Head Start is a nationwide comprehensive child development program serving eligible children from birth to age five and their families. Early Head Start programs provide early, continuous, intensive, and comprehensive child development and family support services. Since its beginning in 1965, Head Start has served more than 27 million children and their families. Head Start, in FY 2010, served 904,118 children, of whom 66,705 were served in Early Head Start programs. Additionally, 61,000 children were added through Recovery Act funds and began receiving services in FY 2010, of whom 48,000 were served in Early Head Start programs. There are approximately 1,600 Head Start grantees, including 720 grantees providing Early Head Start. Head Start grantees range from small agencies serving 100 children to large agencies with budgets in the millions of dollars, serving thousands of children. A number of grantees also have delegate agencies which provide all or part of the required services. The Head Start Program is authorized by the Head Start Act, 42 U.S.C § 9831 et seq. The program is administered by the Office of Head Start, Administration for Children and Families, Department of Health and Human Services.

The Head Start program provides grants to local public and private non-profit and for-profit agencies to provide comprehensive child development services to economically disadvantaged children and families. Head Start promotes school readiness by enhancing the social, cognitive, physical and emotional development of children through the provision of educational, health, nutritional, social and other services to enrolled children and families. Head Start programs engage parents in their children's learning and help them in making progress toward their educational, literacy and employment goals. The Head Start Program also emphasizes the significant involvement of parents in the administration of local Head Start programs.

Early Head Start was established in 1995 as a program for low income families with infants and toddlers and pregnant women. In creating Early Head Start, the Congress acted upon evidence from research and practice which indicates that the time from conception to age three is critical for human development and that for infants and toddlers to develop optimally, they must have healthy beginnings and the continuity of responsive and caring relationships. Early Head Start programs provide family-centered services designed to promote the development of the youngest children, and to enable their parents to fulfill their roles as parents and move toward self-sufficiency.

## 3.3. OBJECTIVE

To assure high-quality services, the Office of Head Start is responsible for evaluating all Early Head Start and Head Start grantees' compliance with the Federal regulations and Head Start Program Performance Standards. Grantees which are not in compliance, as determined by the OHS Monitoring System reviews may lose their Head Start grant through a suspension or termination of that grant. Grantees may also choose to relinquish their Early Head Start and/or Head Start grant. In addition, OHS may determine a Head Start or Early Head Start agency not to be providing high-quality services to children and families. These grantees will compete for continued Federal funding which may result in the transition of services to a more capable agency.

While the Office of Head Start is engaged in the discretionary grants competition process to select a new permanent grantee in a community, an agency may be appointed for an interim period to assure there's no disruption of services to children and families through the continuity of services.

OHS will provide, to the extent possible, advance notice of the need for interim management services in a community. However, the contractor is expected to be on-site as OHS' agent for a selected service area (community) within 48 hours of being notified of the need for services.

Contractor staff will be full-time employees. They will provide the knowledge base, procedures, technical, legal, financial and management expertise. Core staff must possess early childhood education expertise, including working with Tribal child care and Migrant and Seasonal Farmworker families. The contractor will also provide a roster of qualified individuals (on-site contract managers) who will be responsible for oversight of contract activities in specific locations. Costs for core contract staff will be reimbursed to the contractor directly through this contract. The NIM is guided by the following principles:

- The Contractor's work shall align with and support efforts and initiatives identified by the Office of Head Start.

- The Contractor will compile a well grounded and comprehensive knowledge base of current research and best practices regarding the need of infants, toddlers, preschoolers, and pregnant women, including knowledge of and respect for diverse cultures, special needs children and families living in poverty.

- The Contractor will have an understanding of the use of innovative technology to support ongoing communication, systems, knowledge gathering, knowledge sharing among all geographically dispersed contract staff and grantee staff.

- The Contractor shall work collaboratively with all Early Head Start and Head Start partners, including local, public/private, state, regional, and Federal partnerships in executing the tasks under this contract and each grant.

## SERVICE DELIVERY MODELS

Based on OHS' determination of need in a community, contract services shall be delivered in one of three service delivery models to ensure continuity of services, to the extent possible, as well as technical assistance for the transition of operations from the former grantee to the newly awarded grantee. OHS will determine which option to use based on each circumstance and the availability of resources.

1. Full grantee operations for a period of up to 12 months

   In cases where a grantee has relinquished their grant, is under suspension, or whose grant has been terminated, the contractor will serve as the interim grantee for one-year. As the interim grantee, the contractor will provide oversight and administration of the day-to-day Head Start (HS) and/or Early Head Start (EHS) program. The contractor will also work with the prior grantee as well as the replacement grantee, as appropriate, to ensure an orderly transition of grantee operation with minimal or no disruption of services to children and families. OHS anticipates minimal use of this option.

2. Full grantee operations for a period not to exceed 120 days

   In communities where a new grantee will assume program operations as a result of competition, OHS foresees the potential for a break in services as the newly awarded grantee transitions services from the former provider. For the purposes of ensuring continuity of services while program operations transition from one entity to another, the contractor will serve as the interim grantee for a limited term of 30, 60, 90 or 120-days. As the interim grantee, the contractor will provide oversight and administration of the day-to-day Head Start (HS) and/or Early Head Start (EHS) program. The contractor will also provide on-site technical assistance on transition activities including licensing, property transfer, vehicle transfer, hiring of staff, lease agreements, inventory transfer to ensure an orderly transition of grantee operation with minimal or no disruption of services to children and families.

3. <u>On-site grantee transition support</u>

In cases where the transition of grantee operations occurs during a natural break in service, the contractor will deploy a small transition assistance team to support the organizational transition of operations from the former grantee to the newly designated agency. This option would only be employed if either no children were being served due to a natural break in service, or if services to children were not at risk of disruption for a significant period of time. The on-site transition assistance team would work with the newly designated agency to develop a transition plan and timeline that addresses licensing, property transfer, vehicle transfer, hiring of staff to ensure an orderly transition of grantee operations with minimal or no disruption of services to children and families.

Assumptions for the number of grantees to be supported by each model are provided in the chart below. It is anticipated that the number of grantees supported by each model will fluctuate within optional additional periods of performance.

|  | Approximate Number of Grantees Annually |
|---|---|
| **Model 1** - Full grantee operations for a period of up to 12 months | Up to 30 |
| **Model 2** - Full grantee operations for a period not to exceed 120 days | Up to 30 |
| **Model 3** - Grantee transition support (on-site and remotely) for a period not to exceed 120 days | Up to 50 |

## 3.4. GENERAL REQUIREMENTS

### PROVIDE PROJECT MANAGEMENT AND QUALITY CONTROL

The following tasks are to be performed by the Project Director and Contractor staff in order to satisfy the requirements identified in this task order. The contractor will need to develop and implement management systems that support the simultaneous operation of multiple Head Start and Early Head Start programs under varying organizational structures (for-profit or non-profit public or private agencies, Tribes, school districts, universities), across multiple geographic areas, serving diverse populations which includes American Indian and Alaska Native and Migrant and Seasonal communities.

### QUALITY CONTROL SYSTEM

The contractor shall establish and implement a quality control system that includes the following:

- The formation and implementation of a Management Team;
- Specific activities and timelines, for implementing quality assurance processes, including the process for reporting to the COR;
- Specific activities and timeline for on-boarding and orientation of staff;
- Process and specific strategies to be used for the ongoing supervision and support of staff, including oversight of the quality and content of their work;
- Strategies for working with grantees; and
- Strategies for working with ACF Regional Offices, Tribes, State and local authorities, governing boards, community stakeholders and other early educators, as appropriate.

a. The Contractor shall be able to begin work within ten (10) days of receiving the award, inclusive of ensuring all Early Head Start and/or Head Start grantees under interim management at the time of transition continue operating without a break in services to children and families as well as employment for local staff. Additionally, the contractor shall be able to simultaneously assume responsibility for new Early Head Start and/or Head Start grantees within ten (10) days of receiving the award.

b. The National Interim Management Contractor's web information/services will be incorporated into OHS' existing website which is currently located at http://eclkc.ohs.acf.hhs.gov/hslc.

c. Neither Contractor staff nor any of the Early Head Start and/or Head Start grantee staff under interim management shall engage with the media. All media inquiries shall be referred immediately to the Contracting Officer's Representative (COR) and the U.S. Department of Health and Human Services, (DHHS) Office of Public Affairs.

d. The Contractor shall obtain approval from the COR before finalizing and delivering any products. All products shall be clearly marked with the Head Start logo, identify the National Interim Management Contractor as a service of the DHHS, Administration for Children and Families (ACF), Office of Head Start (OHS), and include other appropriate identification and disclaimers as directed by the COR. All products developed by the Contractor shall be the property of the Government.

e. The Contractor shall work with the COR to have any necessary information collection activities approved by the Office of Management and Budget (OMB).

f. The Contractor shall obtain approval from the Government prior to entering into any subcontract not included in its proposal.

g. Ownership of all documents, materials, information, source code written by the Contractor and data that are developed, collected, compiled, and analyzed by the National Interim Management Contractor shall reside permanently with the Office of Head Start.

h. The Contractor shall meet with the COR and OHS program staff at least weekly (and additionally as needed) to review work progress, updates on all EHS and HS grantees under interim management, and to discuss any issues that arise.

i.   The Contractor shall identify specific activities necessary for the implementation of each task contained in this contract; to exercise sound judgment to maintain a cost effective, productive and responsive National Interim operation; and to keep the COR informed of the needs of the Interim Grantee community and make recommendations for improved service.

j.   The Contractor shall designate the members of its management team. The team will validate present practices where appropriate, develop new practices and ways to improve products and services, and modifying ongoing services as needed. All members of the management team shall be considered key personnel.

## TASK 1: PARTICIPATE IN PROJECT-KICK OFF MEETING

Within ten (10) work days of contract award, the Contractor shall meet by teleconference or face-to-face with the Contracting Officer, the COR and other Government technical personnel to thoroughly review the requirements of the contract document, contract administration procedures and invoicing requirements. Formal arrangements will be determined upon contract award. Contractor representatives attending the Conference shall consist of a Company representative authorized to bind the company, the Project Manager responsible for overall contract administration and all Key Personnel. All travel costs associated with the initial meeting/kickoff meeting shall be included in the contractor's price proposal. (See FAR 42.501)

### Task 1.1 Project Kick-Off Meeting Report

The Contractor shall prepare and deliver a Project Kick-Off Meeting Report that contains a written summary of all issues discussed, resolution, and action items based on the results of the Project Kick-Off Meeting. The contractor shall deliver the Project Kick-Off Meeting Report to the COR and CO no later than five (5) work days after the Project Kick-Off Meeting to ensure a mutual understanding of expectations.

## TASK 2: DEVELOP WRITTEN MATERIALS TO SUPPORT PROJECT ACTIVITIES

The Contractor will develop written material (protocols) to detail its approach to carrying out the activities under the contract and materials which will be provided to staff of programs for which the contractor will be acting as the interim management contractor. The written material should provide information about the contractor and the approach the contractor will take as an interim management grantee including the administrative processes which the contractor will employ during the term as the interim grantee. In addition, information about whom should be contacted in case of questions or concerns by interim management staff, concerned parents, or the public shall be addressed and templates will be required as part of the ongoing development of specific procedures.

Written materials should also address operational systems of providing interim services as well as materials that support the replacement grantee process such as supplemental information for prospective applicants and transition procedures.

The Contractor shall develop program operation manuals, handbooks, written policies, protocols, and tools that support the delivery of high quality services at each individual grant program under interim management nationally.

## TASK 3: DEVELOP PROTOCOLS FOR WORKING WITH CENTRAL OFFICE STAFF

The Contractor will propose a protocol for the exchange of information between the Contractor, PO and other central office staff deemed necessary. These protocols will address each stage of the process and include advance notification of the need for services when a selected grantee may be terminated, suspended, or relinquished; during the replacement process; or in the transition phases during start-up or upon selection to of a new replacement grantee.

## TASK 4: MONTHLY TRAVEL PLAN

The contractor shall submit a Monthly Travel Plan for all long distance travel and a monthly estimate for local travel for approval by the COR five (5) work days prior to the upcoming month. All long distance travel must be approved prior to performance with the exception of emergency travel not identified in the monthly travel plan.

## TASK 5: SUBMIT PROBLEM NOTIFICATION REPORTS

The Contractor shall notify the COR using a Problem Notification Report form (see Attachment F) of any problems, or potential problems pertaining to the continuity of services in a specific grantee no later than five (5) work days of the problem being identified. This report should include any issues related to operation of the program, change in staff roster or assignments, Hot Spots, and legal/facilities' updates.

## TASK 6: PARTICIPATE IN QUALITY ASSURANCE MEETINGS

Office of Head Start National Interim Management contract staff will attend quality assurance meetings with the COR and other Central Office staff in Washington, DC on a semi-annual basis. These meetings will contribute to overall improvements in the national interim management project and contribute information on an ongoing basis to support ongoing continuous improvement of the interim management activities and replacement grantee process.

## TASK 7: SUBMIT ANNUAL REPORT

The contractor will provide an Annual Report that describes the activities and assignments that occurred during the project year and be submitted at the end of the base project year and each option year thereafter.

## TASK 8: SUBMIT FINAL REPORT

The Final Report will cover the entire contract period and will summarize all activities and assignments from the effective date of the contract through the last day of the period of performance.

## TASK 9: DEVELOP AND IMPLEMENT A TRANSITION OUT PLAN

The contractor shall develop a **Transition Out Plan** NLT 60 <u>calendar days</u> prior to expiration of the contract. The plan shall include:

- Project management processes
- Points of contact
- Location of technical and project management documentation
- Status of ongoing technical initiatives
- Appropriate contractor to contractor coordination to ensure a seamless transition.
- Transition of Key Personnel
- Identify schedules and milestones
- Identify actions required of the Government.
- Establish and maintain effective communication with the incoming contractor/Government personnel for the period of the transition via weekly status meetings.

After Government acceptance of the Transition Out Plan, the contractor shall begin implementation of the Transition Out Plan.

### *TASKS 10- 13 ONLY APPLY TO MODELS 1 AND 2*

## TASK 10: ASSUME ROLE OF INTERIM MANAGEMENT GRANTEE FOR SELECTED GRANTEES (Ongoing)

OHS will provide, to the extent possible, advance notice of the need for services, however, the contractor shall be prepared to be on-site as the interim management agent for a selected area(s) within 48 hours of being notified. When the COR is notified that a grantee may be suspended, relinquish a grant, or be terminated, the COR and contractor will begin planning for the interim assignment at the grantee's site. The contractor will identify an on-site manager who will be responsible for all contract activities at the site. The on-site contract manager will in turn identify an individual who is qualified to act as the Head Start program director.
Under the Head Start National Interim Management contract the Contractor will be acting as a management and fiscal agent on a temporary basis on behalf of ACF. The contractor will operate as a Head Start grantee and is responsible for maintaining high-quality operations of the program in accordance with all appropriate Federal and Head Start Program Performance Standards. The specific functions of the interim management agent are:

- Provide oversight and ensure the continuity of the Early Head Start and Head Start program operations that include performing day-to-day activities in areas of management, personnel, fiscal, payroll and accounting.

- Comply with the Head Start Program Performance Standards and all application Federal regulations, including but not limited to 45 C.F.R. Parts 1301-1309, and 45 C.F.R. Part 74 and 92.

- Participate in all OHS grantee reporting requirements and data systems that include, but are not limited to, the Program Information Report (PIR), and monthly enrollment reporting in the Head Start Enterprise System (HSES).

- Within two weeks of notification of a grantee relinquishment, suspension or termination, contract staff shall travel to conduct a needs assessment of the current grantee operations and service area in partnership with the grantee and the ACF Regional Office. The contractor shall immediately report any findings that may result in a disruption of service to the COR.

- Maintain current family and community partnerships.

- Support existing activities of the Policy Council and Parent Committees.

- Ensure all facilities are licensed as applicable with state requirements.

- Maintain a safe environment for children.

- Develop program status reports that will be forwarded to PO and used to inform potential applicants on the status of the program.

- Participate in start-up transition phase with the former grantee and the new grantee transition with the selected replacement grantee.

## TASK 11: EHS/HS INTERIM GRANTEE OPERATIONS & MONITORING

The contractor shall:

- Develop a system to support and assist Federal staff when necessary in all matters of Federal interest of real properties associated with grant programs under interim management; including activities to gather legal documentation on Federal interest, conduct title searches, secure property appraisals, provide on-site legal expertise and representation on issues of Federal interest, assume and temporarily hold property titles, execute disposition instructions on behalf of the Federal government, and ensure accurate Federal interest is filed in appropriate local offices as early as possible after assuming interim management of an individual grant program.

- Submit for each individual grant program under interim management nationally a fundable application using the required standard Federal forms. The application shall include a descriptive program narrative, line item budget reflective of identified costs in sections of SF-424 Application for Federal Assistance, corresponding detailed budget justification narrative to demonstrate satisfactory planning and progress towards meeting the objectives of the award, and a separate Non-Federal Share budget with detailed justification narrative.

- Develop and maintain data collection, on-going monitoring, and reporting systems to execute and demonstrate accountability, oversight, and compliance for individual grant programs under interim management.

- Maintain an infrastructure for communication and reporting to OHS to demonstrate accountability and oversight of grant programs under interim management; that includes for each individual grant program, monthly Eligibility, Recruitment, Selection, Enrollment, and Attendance (ERSEA) reporting; monthly status reports; immediate notice of compliance related issues; annual Program Information Report (PIR); copies of current Local Education Agency Agreements; results of annual self-assessment with corresponding quality improvement plan; and compliance with monitoring desk audits.

- Develop protocols, action plans, guides, and tools that support and assist Federal staff during transition of an individual grant program from interim management back to regional management, that facilitate smooth and systematic transfer of legal and operational responsibility to permanent replacement grantees.

- Possess experience managing HHS federal grants at the program level and possess in-depth knowledge of grant application requirements.

## TASK 12: TECHNICAL ASSISTANCE & TRAINING

Early Head Start and Head Start grants managed by the contractor will be authorized to participate in the Office of Head Start's national T/TA system. To continue in the promotion of positive, sustained outcomes for HS/EHS children and families across all service areas, OHS supports a national T/TA system that consists of the following three components:

- **National Centers**
- **State/Regional Training and Technical Assistance Centers**
- **Direct Funding to Programs**

In addition to the T/TA support provided through OHS, the contractor shall:

- Submit a comprehensive Training and Technical Assistance (T/TA) plan as part of the application for funding. The T/TA plan must identify and include needs based on implementation of OHS initiatives, quality improvement plans, required annual trainings, programmatic and staff development assessment results; and include a separate detailed line item budget with justification narrative that demonstrates consideration and planning for use of OHS Regional and State T/TA systems available.

- Provide additional direct services for T/TA to grantees in interim management to support them in meeting *Head Start Performance Standards*, increased compliance monitoring and improvements.

- Provide content area specialists to work directly with EHS and HS program staff in those programs with the highest need to improve the quality of services.

## TASK 13: COMMUNICATION SYSTEMS AND NETWORK

The contractor shall:

- Develop and maintain a comprehensive system for coordinated national communication and knowledge sharing across all geographically dispersed EHS and HS grantees under interim management, as well as contract staff. OHS envisions state of the art technology systems and processes that will make connecting with people quick, easy and cost effective. Members of this community include contract staff, grantee staff, Regional Office staff, Central Office staff, State partners, other Federal partners and key groups.

- Maintain a national toll-free number to be utilized to communicate key messages and update local communities as grantee(s) transition operations from a Regionally-based program to interim management.

## TASK 14: GRANTEE TRANSITION *(Only Applies to Model 3)*

The contractor shall:

- Develop approaches and activities to meet the unique and specific needs of EHS and HS grantee as OHS transitions operations from the current grantee to the newly designated grantee organization. The Contractor shall provide materials, training and resources that will enable grantees new to interim management to transition seamlessly and prepare to continue to operate quality programs for children and their families.

- Support Federal program staff in assembling key resources necessary to begin working with Early Head Start and Head Start grantees that have been designated to compete to initiate the process of transitioning services, with minimal disruption, to the newly designated grantees. Key data sources include Federal interest, lease agreements, contracts, inventory, community partnerships and the like.

- Deploy staff to Early Head Start and Head Start grantees nationwide who will manage the transition of services from the existing grantee to the newly designated community-based grantees. This will include, but is not limited to, developing and implementing a Federally approved grantee transition plan, timeline and activities.

## 3.5.    CURRENT CONTRACTOR

Community Development Institute located at 10065 E Harvard Avenue Suite 700 Denver, CO 80231, was providing Office of Head Start National Interim Grantee Program services under Contract Number HHSP233200600088U that expired on September 15, 2011.

## 3.6.    TRANSITION

Transition In

The transition-in shall ensure minimum disruption to vital Government business and must be completed within 30 calendar days after task order award. Upon completion of the transition-in period the contractor shall be fully staffed and prepared to begin full performance under the

requirements of the task order. The contractor shall ensure that there will be no service degradation during transition. The contractor shall propose a Transition-In Approach in their Management Approach and it will be discussed at the Project Kick-Off Meeting.

Transition Out

The Transition-Out Plan shall facilitate the accomplishment of a seamless transition from the incumbent to an incoming contractor /government personnel at the expiration of the task order. The contractor shall provide a Transition-Out Plan NLT sixty (60) calendar days prior to expiration of the task order. The contractor shall identify how it will coordinate with the incoming and or Government personnel to transfer knowledge regarding the following:

1. Project management processes.

2. Points of contact.

3. Location of technical and project management documentation.

4. Status of ongoing technical initiatives.

5. Appropriate contractor to contractor coordination to ensure a seamless transition.

6. Transition of Key Personnel.

7. Identify schedules and milestones.

8. Identify actions required of the Government.

9. Establish and maintain effective communication with the incoming contractor/Government personnel for the period of the transition via status meetings.

## 3.7. PERFORMANCE STANDARDS

The contract will contain the following performance standards and expectations.

Each individual performance requirement will contain the following performance standards and expectations.

**FAILURE TO MEET THESE EXPECTATIONS WILL RESULT IN THE SERVICE PROVIDER CORRECTING DEFICIENCIES AT NO ADDITIONAL COST TO THE DEPARTMENT**

| Performance Standards | Quality Expectations |
|---|---|
| Completeness | All submissions will be 90% complete and compliant with all applicable regulations. |
| Accuracy | All information submitted will be 100% accurate. |
| Effectiveness | All deliverables must contribute to the overall success of the contract. |

| Timeliness | All deliverables will be on time and within schedule. |
| Cost | All tasks will be performed within the funding limit provided in contract. |

## 3.8.   LAWS, REGULATIONS, STANDARDS, AND OTHER REFERENCES

HHS and Federal Acquisition Regulation (FAR) clauses pertaining to the Privacy Act of 1974 and the protection and delivery of the ERRP System of Records OPM/GOVT-10. The Contractor and its employees are subject to criminal penalties for violations of the Privacy Act (5 U.S.C. 552a(i)) to the same extent as HHS employees.

## SECTION 4 – INSPECTION AND ACCEPTANCE (FAR 52.212-4(a), JANUARY 2010)

## 4.1.   INSPECTION AND ACCEPTANCE

All work under this contract is subject to inspection and final acceptance by the Contracting Officer or the duly authorized representative of the government.
The Government's Contracting Officer's Representative (COR) is a duly authorized representative of the government and is responsible for inspection and acceptance of all items to be delivered under this task order.

## 4.2.   ACCEPTANCE CRITERIA

Unless otherwise specified by the COR, the general quality measures, as set forth below, will be applied to each work product received from the Contractor under this task order.

    **a.**  Accuracy: Work Products shall be accurate in presentation, technical content, and adherence to accepted elements of style.

    **b.**  Clarity: Work Products shall be clear and concise. Any/All diagrams shall be easy to understand and be relevant to the supporting narrative.

    **c.**  Consistency to Requirements: All work products must satisfy the requirements of this Performance Work Statement.

    **d.**  Timeliness: Work products shall be submitted by the due date specified in this Performance Work Statement or submitted in accordance with a later scheduled date determined by the Government.

    **e.**  File Editing: All text and diagrammatic files shall be editable by the Government.

    **f.**  Format: Work Products shall be submitted in hard copy (where applicable) and in media mutually agreed upon prior to submission. Unless otherwise specified by the COR, hard copy formats shall follow any specified Directives or Manuals.

## 4.3.   APPROVALS BY THE COR

All services delivered to the COR will be deemed to have been accepted 30 calendar days after date of delivery, except as otherwise specified in this task order, if written approval or disapproval has not been given within such period. The COR's approval or revision to the

services delivered shall be within the general scope of work stated in this task order.

## SECTION 5 – DELIVERIES OR PERFORMANCE
## 5.1. DELIVERABLES/DELIVERY SCHEDULE

The contractor shall submit deliverables to the COR identified in Section 6.1. These deliverables shall be clear, concise, and complete, and shall conform with the standards that are identified below. Certain types of deliverables shall be submitted in draft form initially, allowing the COR to review and provide additional information and/or clarification comments for possible inclusion in the final document.

All deliverables shall be submitted electronically to the COR using the Microsoft Office tool suite. Final deliverables shall be submitted electronically to the COR and Contracting Officers. Below is a listing of the deliverables and their intended due dates.

All documentation will be submitted in the following format and quantity:

- One (1) electronic copy in Word format.

The COR will have five (5) working days to review each deliverable, and accept or reject the deliverable in writing. Any deliverable product under this task order will be accepted or rejected in writing by the COR. The COR will have the right to reject or require correction of any deficiencies found in the deliverables that are contrary to the information contained in the contractor's accepted proposal. In the event of rejection of any deliverable, the contractor will be notified in writing by the COR of the specific reasons why the deliverable is being rejected. The contractor shall have five (5) working days to correct the rejected deliverable and resubmit it to the Projector Officer.

A list of deliverables is provided in 5.2.and will be part of this task order. The contractor shall guarantee that all required materials shall be delivered in immediate usable and acceptable condition. The contractor shall submit all required deliverables and reports in accordance with the schedule in 5.2.

Satisfactory performance under the task order shall be deemed to occur upon delivery and acceptance, by the COR, or the contracting officer.

## 5.2. DELIVERABLE SCHEDULE

**Note:** All deliverables shall be conveyed to the Government in an electronic format as specified above.

| NUMBER | MILESTONE/ DELIVERABLE | RFQ REFERENCE | PLANNED COMPLETION DATE |
|---|---|---|---|
| 01 | Project Kick-off Meeting | Section 3.4 | PS + 10 WDs |
| 02 | Project Kick-off Meeting Report | Section 3.4 | NLT 5 WDs after Project Kickoff Meeting |
| 03 | Transition Complete & Contractor Required to be Fully Staffed | Section 3.6 | 30 calendar days after CA |
| 04 | Service Delivery and Roll Out Plan (Final) | Section 3.3 | 30 calendar days after CA |
| 05 | Meeting with OHS COR; QA Meetings | Section 3.4 | At least weekly |

| NUMBER | MILESTONE/ DELIVERABLE | RFQ REFERENCE | PLANNED COMPLETION DATE |
|---|---|---|---|
| 06 | Meeting with OHS in Washington, DC | Section 3.4 | Bi-Annually |
| 07 | Develop Written Materials | Section 3.4 | As Directed by the Government |
| 08 | Grant application packets by service area | Section 3.4 | NLT 5 WDs days after notification by the COR |
| 09 | Facility Assessment and Improvement Report | Section 3.4 | NLT 30 calendar days after the start date of grantee operations |
| 10 | Develop Protocols for Working with Grantee's Central Office Staff | Section 3.4 | NLT 10th of Each Month |
| 11 | Monthly Travel Plan (Projection) (electronic submission) | Section 3.4 | 5 WDs prior to the upcoming month |
| 12 | Monthly Travel Plan (Final) (electronic submission) | Section 3.4 | Submitted with the monthly invoice |
| 13 | Problem Notification Reports (electronic submission) | Section 3.4 | NLT 5 WDs after Problem Identification |
| 14 | HS/EHS Program Status Reports | Section 3.4 | As Directed by the Government |
| 15 | End of Year Performance Report | Section 3.4 | NLT 30 calendar days after the end of the performance period |
| 16 | Final Report | Section 3.4 | NLT 30 calendar days after the project period ends |
| 17 | Transition Out Plan | Section 3.6 | NLT 60 Calendar Days prior to contract expiration |
| 18 | Return Federally Issued I.D. Badges | Section 7.6 (i) | Within 7 calendar days of contract termination |

## 5.3. NOTICE REGARDING LATE DELIVERY/ PROBLEM NOTIFICATION REPORT

The contractor shall notify the PSC CO via a Problem Notification Report (PNR) (see Attachment F) as soon as it becomes apparent to the contractor, that a scheduled delivery will be late. The contractor shall include in the PNR the rationale for late delivery, the expected date for the delivery and the project impact of the late delivery. The PSC CO will review the new schedule and provide guidance to the contractor. Such notification in no way limits any Government contractual rights or remedies including but not limited to termination.

## 5.4. PLACE OF PERFORMANCE

The work will be performed in each State of the United States (for the purpose of this task order this includes the State of Hawaii including the Hawaiian Islands, Guam, America Samoa, the Commonwealth of the Northern Mariana Islands, and the Republic of Palau), The District of Columbia; and Puerto Rico (including the Virgin Islands).

Additionally, one contractor staff person will be co-located in the Office of Head Start Office in Washington, D.C.

## 5.5. PERIOD OF PERFORMANCE

The period of performance is a base year of 12 months with four (4) 12 month option years, unless the period is extended by modification to this contract. The Government may exercise

options to extend the period of performance in accordance with 52.217-9 – Option to Extend the Term of the Contract; upon written notification by the Contracting Officer within 30 days prior to contract expiration.

| **Base Year:** | July 12, 2012 through July 11, 2013 |
| **Option Year 1:** | July 12, 2013 through July 11, 2014 |
| **Option Year 2:** | July 12, 2014 through July 11, 2015 |
| **Option Year 3:** | July 12, 2015 through July 11, 2016 |
| **Option Year 4:** | July 12, 2016 through July 11, 2017 |

## SECTION 6 – CONTRACT ADMINISTRATION DATA

### 6.1. AUTHORITIES OF GOVERNMENT PERSONNEL

Notwithstanding the Contractor's responsibility for total management during the performance of this contract, the administration of the contract will require coordination between the Government and the Contractor. The following individuals will be the Government's points of contact during performance of the contract.

1. **Contracting Officer**

   All contract administration shall be done by:
   Dawn Gresham, Contracting Officer
   Program Support Center, Division of Acquisition Management
   12501 Ardennes Ave., Suite 400
   Rockville, MD 20857
   Phone: (301) 443-5148
   Fax: (301) 443-8488
   Email: Dawn.Gresham@psc.hhs.gov

   Note: The PSC Contracting Officer is the only individual authorized to modify this requirement.

2. **Contracting Officer's Representative (COR)**

   Shawna Pinckney
   Administration for Children and Families
   1250 Maryland Avenue SW
   Portals 8th Floor, Room 8
   Washington, DC 20024
   Email: Shawna.Pinckney@hhs.gov

3. **Technical Monitoring**

   a) Performance of work under this contract must be subject to the technical direction of the Contracting Officers' Technical Representative identified above, or a representative designated in writing. The term "technical direction" includes, without limitation, direction to the contractor that directs or redirects the labor effort, shifts the work between work areas or locations, fills in details and otherwise serves to ensure that tasks outlined in the work statement are accomplished satisfactorily.

(b) Technical direction must be within the scope of the specification(s)/work statement.

The Contracting Officers' Technical Representative does not have authority to issue technical direction that:

(1) Constitutes a change of assignment or additional work outside the specification(s)/Performance Work Statement;
(2) Constitutes a change as defined in the clause entitled "Changes";
(3) In any manner causes an increase or decrease in the contract price, or the time required for contract performance;
(4) Changes any of the terms, conditions, or specification(s)/work statement of the contract;
(5) Interferes with the contractor's right to perform under the terms and conditions of the contract; or
(6) Directs, supervises or otherwise controls the actions of the contractor's employees.

(c) Technical direction may be oral or in writing. The Contracting Officers' Technical Representative shall confirm oral direction in writing within five work days, with a copy to the Contracting Officer.

(d) The contractor shall proceed promptly with performance resulting from the technical direction issued by the Contracting Officers' Technical Representative. If, in the opinion of the contractor, any direction of the Contracting Officers' Technical Representative, or his/her designee, falls within the limitations in (b), above, the contractor shall immediately notify the Contracting Officer no later than the beginning of the next Government work day.

(e) Failure of the contractor and the Contracting Officer to agree that technical direction is within the scope of the contract shall be subject to the terms of the clause entitled "Disputes."

## 6.2.  INVOICE SUBMISSION

The Contractor shall submit invoices once per month. A complete invoice with all required back-up documentation shall be sent electronically, via email, to:

1. Contract Specialist via DAM mailbox: pscsas.invoices@psc.hhs.gov.
2. Contracting Officer's Representative (COR): Shawna.Pinckney@hhs.gov
3. Financial Management Service (FMS): psc_invoices@psc.hhs.gov.

The subject line of your email invoice submission shall contain the contract number, contract line item number, the order number, if applicable, and the number of invoices. The Contractor shall send one email per contract per month. The email may have multiple invoices for the contract. Invoices must be in the following formats: PDF, TIFF, or Word. No Excel formats will be accepted. The electronic file cannot contain multiple invoices; example, 10 invoices requires 10 separate files (PDF or TIFF or Word).

Invoices shall be submitted in accordance with the contract terms, i.e. payment schedule, progress payments, partial payments, deliverables, etc.

All calls concerning contract payment shall be directed to the COR.

In accordance with FAR 52.212-4, Contract Terms and Conditions—Commercial Items, a proper invoice must include the following items:

FAR 52.212-4(g) Invoice.

(1) The Contractor shall submit an original invoice and three copies (or electronic invoice, if authorized) to the address designated in the contract to receive invoices. An invoice must include—

(i) Name and address of the Contractor;

(ii) Invoice date and number;

(iii) Contract number, contract line item number and, if applicable, the order number;

(iv) Description, quantity, unit of measure, unit price and extended price of the items delivered;

(v) Shipping number and date of shipment, including the bill of lading number and weight of shipment if shipped on Government bill of lading;

(vi) Terms of any discount for prompt payment offered;

(vii) Name and address of official to whom payment is to be sent;

(viii) Name, title, and phone number of person to notify in event of defective invoice; and

(ix) Taxpayer Identification Number (TIN). The Contractor shall include its TIN on the invoice only if required elsewhere in this contract.

(x) Electronic funds transfer (EFT) banking information.

(A) The Contractor shall include EFT banking information on the invoice only if required elsewhere in this contract.

(B) If EFT banking information is not required to be on the invoice, in order for the invoice to be a proper invoice, the Contractor shall have submitted correct EFT banking information in accordance with the applicable solicitation provision, contract clause (*e.g.*, 52.232-33, Payment by Electronic Funds Transfer—Central Contractor Registration, or 52.232-34, Payment by Electronic Funds Transfer—Other Than Central Contractor Registration), or applicable agency procedures.

(C) EFT banking information is not required if the Government waived the
requirement to pay by EFT.

(2) Invoices will be handled in accordance with the Prompt Payment Act (31 U.S.C. 3903)
and Office of Management and Budget (OMB) prompt payment regulations at 5 CFR
Part 1315.

Additionally, the FMS requires the contractor to include its Dunn and Bradstreet Number
(DUNS) on each invoice.

In accordance with OMB Memorandum, M-11-32, Agencies shall make payments to small
businesses as soon as practicable, with the goal of making payments within 15 days of receipt of
a proper invoice. If a small business contractor is not paid within this (15 day) accelerated
period, the contractor will not be given a late-payment interest penalty. Interest penalties, as
prescribed by the Prompt Payment Act, remain unchanged by means of this memorandum. All
small businesses shall label all invoices as "Small Business."

In accordance with the requirements of the Debt Collection Improvement Act of 1996, all
payments under this order will be made by electronic funds transfer (EFT). The Contractor shall
provide financial institution information to the Finance Office designated above in accordance
with FAR 52.232-33 Payment by Electronic Funds Transfer – Central Contractor Registration.

## 6.3.    KEY PERSONNEL (HHSAR 352.242-70, JANUARY 2006)

The key personnel specified in this contract are considered to be essential to work performance.
At least 30 days prior to diverting any of the specified individuals to other programs or contracts
(or as soon as possible, if an individual must be replaced, for example, as a result of leaving the
employ of the Contractor), the Contractor shall notify the Contracting Officer and shall submit
comprehensive justification for the diversion or replacement request (including proposed
substitutions for key personnel) to permit evaluation by the Government of the impact on
performance under this contract. The Contractor shall not divert or otherwise replace any key
personnel without the written consent of the Contracting Officer. The Government may modify
the contract to add or delete key personnel at the request of the contractor or Government.

The following labor categories are to be considered key personnel:

| Title | Name |
|---|---|
| Principal | TBD |
| Senior Associate | TBD |
| Project Manager | TBD |

## 6.4.    TRAVEL

The Contractor will be reimbursed, not to exceed $8,100,000.00, for all domestic travel as described below, incurred directly and specifically in the performance of this contract, claimed by the Contractor and accepted by the Contracting Officer.

Domestic travel expenses incurred by the Contractor in direct performance of the contract shall be reimbursed provided such travel is necessary for the performance of this contract and the cost does not exceed:

    a.    The lowest customary standard, coach, or equivalent airfare offered during normal business hours for air travel except when such accommodations: 1) require circuitous routing, 2) require travel during unreasonable hours, 3) excessively prolong travel, 4) result in increased costs that would offset transportation savings, 5) are not reasonably adequate for the physical or medical needs of the traveler, or 6) are not reasonably available to meet mission requirements. In order for costs in excess of customary standard or coach airfare to be considered allowable, the applicable exception must be documented and justified.

    b.    Costs of rail travel by most direct route, coach-class accommodations.

    c.    The prevailing mileage rate set forth in the Federal Travel Regulation (FTR) or reasonable actual expenses for travel by motor vehicle. Travel by motor vehicle, including rented automobile, shall be reimbursed on a reasonable actual expense basis, or at the Contractor's option, on a mileage basis at the prevailing FTR rate, plus any toll or ferry charges.

    d.    The prevailing rates set forth in the FTR for lodging, meals and incidental expenses.

All travel costs associated with the performance of specific tasks will be reimbursed in accordance with the Federal Travel Regulations (FTR). Costs incurred for transportation and per diem (lodging, meals and incidental expenses) will be billed in accordance with the regulatory implementation of Public Law 99-234, FAR 31.205-46 Travel Costs.

The contractor shall notify the COR and/or Contracting Officer of the monthly travel plan prior to traveling. Travel claims shall be submitted on an invoice and shall conform to invoice instructions noted under 6.2. Listed below is a description of receipts required to be retained by the contractor to support invoiced travel claims:

    **1.** Copy of common carrier ticked reflecting class of travel, dates of travel and amount of fare;
    **2.** Lodging receipt;
    **3.** Parking/tolls receipt;

**4.** Rental car receipt including receipts for gasoline;

**5.** Receipts for taxi travel.

## SECTION 7– SPECIAL CONTRACT REQUIREMENTS

### 7.1.    PERFORMANCE CRITERIA AND QUALITY ASSURANCE SURVEILLANCE PLANS

This awarded task order is issued as performance based. The Quality Assurance Surveillance Plan (QASP) is located under Attachment A.

### 7.2.    CONTRACTOR PERFORMANCE EVALUATION REPORT

During the life of this contract, Contractor performance will be evaluated on an interim and final basis pursuant to FAR Subpart 42.15. This evaluation shall become a part of the contract file and shall be used as past performance information in evaluating the Contractor's, and any significant subcontractors' or affiliates, past performance on future contracts. Contractor Performance Assessment Report System (CPARS) is an on-line reporting system http://www.cpars.csd.disa.mil/cparsmain.htm. The Contractor Performance Report is completed by the COR electronically and sent to the Contractor for review and approval at the end of each performance period as an interim report and at the end of the contract performance as a final report. After review by the Contracting Officer, the report becomes a permanent record of the Contractor's past performance.

### 7.3.    HANDLING OF DATA

The Contractor agrees to the extent that it receives or is given access to data necessary for the performance of contract which contains restrictive markings, the Contractor shall treat the data in accordance with such markings unless otherwise specifically authorized in writing by the Contracting Officer.

### 7.4.    SECURITY OF DATA

The Contractor shall comply with any security requirements established by HHS to ensure proper and confidential handling of data and information. The Contractor shall refer to "HHS Cybersecurity Program.", which is HHS' Information Security Program Policy, dated June 2010. The contractor shall become familiar with the HHS Departmental Information Security Policies which may be found at  http://www.hhs.gov/ocio/policy/2007-0002.html.

"HHS Cybersecurity Program" develops policies, procedures, and guidance to serve as a foundation for HHS' information security program. These documents implement relevant Federal laws, regulations, standards, and guidelines that provide a basis for the information security program at the Department. The contractor must become familiar with 'HHS Cybersecurity Program" guidelines as presented at http://www.hhs.gov/ocio/policy/index.html#Security.

Data obtained for this contract shall not be used to create databases or any other product not intended for use specifically in this project. All data containing personal identifiers shall be handled in accordance with the Privacy Act of 1974 (Public Law 93-579). No data is to be released to anyone without the specific approval of the COR and the Contracting Officer.

### 7.5.   HHSAR 352.239-73(b) ELECTRONIC AND INFORMATION TECHNOLOGY ACCESSIBILITY (JANUARY 2010)

(a) Pursuant to Section 508 of the Rehabilitation Act of 1973 (**29 U.S.C. 794d**), as amended by the Workforce Investment Act of 1998, all electronic and information technology (EIT) products and services developed, acquired, maintained, or used under this contract/order must comply with the "Electronic and Information Technology Accessibility Provisions" set forth by the Architectural and Transportation Barriers Compliance Board (also referred to as the "Access Board") in **36 CFR Part 1194**. Information about Section 508 is available at http://www.section508.gov/. The complete text of Section 508 Final Provisions can be accessed at **http://www.access-board.gov/sec508/standards.htm**.

(b) The Section 508 accessibility standards applicable to this contract/order are identified in the Performance Work Statement/Specification/Performance Work Statement. The Contractor must provide a written Section 508 conformance certification due at the end of each contract/order exceeding $150,000 when the contract/order duration is one year or less. If it is determined by the Government that EIT products and services provided by the Contractor do not conform to the described accessibility standards in the Product Assessment Template, remediation of the products or services to the level of conformance specified in the Contractor's Product Assessment Template will be the responsibility of the Contractor at its own expense.

(c) In the event of a modification(s) to this contract/order, which adds new EIT products or services or revises the type of, or specifications for, products or services the Contractor is to provide, including EIT deliverables such as electronic documents and reports, the Contracting Officer may require that the contractor submit a completed HHS Section 508 Product Assessment Template to assist the Government in determining that the EIT products or services support Section 508 accessibility standards. Instructions for documenting accessibility via the HHS Section 508 Product Assessment Template may be found under Section 508 policy on the HHS Office on Disability website (http://www.hhs.gov/od/).

Prior to the Contracting Officer exercising an option for a subsequent performance period/additional quantity or adding funding for a subsequent performance period under this contract, as applicable, the Contractor must provide a Section 508 Annual Report to the Contracting Officer and Project Officer. Unless otherwise directed by the Contracting Officer in writing, the Contractor shall provide the cited report in accordance with the following schedule. Instructions for completing the report are available in the Section 508 policy on the HHS Office on Disability website under the heading Vendor Information and Documents. The Contractor's failure to submit a timely and properly completed report may jeopardize the Contracting Officer's exercising an option or adding funding, as applicable.

Schedule for Contractor Submission of Section 508 Annual Report

30 days prior to exercising an option to extend the term of the contract.

## 7.6. HHS-CONTROLLED FACILITIES AND INFORMATION SYSTEMS SECURITY

**a.** To perform the work specified herein, Contractor personnel are expected to have routine (1) physical access to an HHS-controlled facility; (2) logical access to an HHS-controlled information system; (3) access to sensitive HHS data or information, whether in an HHS-controlled information system or in hard copy; or (4) any combination of circumstances (1) through (3).

**b.** To gain routine physical access to an HHS facility, logical access to an HHS-controlled information system, and/or access to sensitive data or information, the Contractor and its employees shall comply with Homeland Security Presidential Directive (HSPD)-12, Policy for a Common Identification Standard for Federal Employees and Contractors; Office of Management and Budget memorandum (M-05-24); and Federal Information Processing Standards Publication (FIPS PUB) Number 201; and with the personal identity verification and investigation procedures contained in the following documents:

   **1.** HHS Information Security Program Policy.
   http://www.hhs.gov/read/irmpolicy/121504.html

   **2.** HHS Office of Security and Drug Testing, Personnel Security/Suitability Handbook, dated February 1, 2005. http://www.knownet.hhs.gov/acquisition/pssh.pdf

   **3.** HHS HSPD-12 Policy Document, v. 2.0.
   http://www.whitehouse.gov/sites/default/files/omb/assets/omb/memoranda/fy2005/m05-24.pdf

**c.** This contract/order will entail the following position sensitivity level(s): **Level 5: Public Trust - Moderate Risk.**

**d.** The personnel investigation procedures for Contractor personnel require that the Contractor prepare and submit background check/investigation forms based on the type of investigation required. The minimum Government investigation for a non-sensitive position is a National Agency Check and Inquiries (NACI) with fingerprinting. More restricted positions--i.e., those above non-sensitive, require more extensive documentation and investigation. The Contractor shall notify the Contracting Officer in advance when any new personnel, who are subject to a background check/investigation, will work under the contract and if they have previously been the subject of national agency checks or background investigations.

**e.** Investigations are expensive and may delay performance, regardless of the outcome of the investigation. Delays associated with rejections and consequent re-investigations may not be excusable in accordance with the FAR clause, Excusable Delays--see FAR 52.249-14. Accordingly, the Contractor shall ensure that any additional employees whose names it submits for work under this contract have a reasonable chance for approval.

**f.** Typically, the Government investigates personnel at no cost to the Contractor. However, multiple investigations for the same position may, at the Contracting Officer's discretion, justify reduction(s) in the contract price of no more than the cost of the additional investigation(s).

**g.** The Contractor shall include language similar to this ``HHS-Controlled Facilities and Information Systems Security'' language in all subcontracts that require subcontractor personnel to have the same frequency and duration of (1) physical access to an HHS-controlled facility; (2) logical access to an HHS-controlled information system; (3) access to sensitive HHS data/information, whether in an HHS-controlled information system or in hard copy; or (4) any combination of circumstances (1) through (3).

**h.** The Contractor shall direct inquiries, including requests for forms and assistance, to the Contracting Officer or designee.

**i.** Within 7 calendar days after the Government's final acceptance of the work under this contract, or upon termination of the contract, the Contractor shall return all identification badges to the Contracting Officer or designee.''

## 7.7    HHS SECTION 508 ACCESSIBILITY STANDARDS NOTICE (SEPTEMBER 2009)

This contract is subject to Section 508 of the Rehabilitation Act (the Act) of 1973 (29 U.S.C. 794d), as amended by the Workforce Investment Act of 1998, and the Architectural and Transportation Barriers Compliance Board (Access Board) Electronic and Information Accessibility Provisions (36 CFR Part 1194).  Section 508 of the Act requires that, unless an exception applies, all communications products and services that require a contractor or consultant to produce content in any format that is specifically intended for publication on, or delivery via, a Federally owned or Federally funded Web site permit the following:

(1)    Federal employees with disabilities to have access to and use information and data that is comparable to the access and use of information and data by Federal employees who are not individuals with disabilities.

(2)    Members of the public with disabilities seeking information or services from a Federal agency to have access to and use of information and data that is comparable to the access and use of information and data by members of the public who are not individuals with disabilities.

(Note: Information about Section 508 of the Act is available at http://www.section508.gov/. The complete text of Section 508 can be accessed at http://www.access-board.gov/sec508/provisions.htm.)

Accordingly, regardless of format, all Web content or communications materials specifically produced for publication on, or delivery via, HHS Web sites, including text, audio, or video, under this contract shall conform to applicable Section 508 accessibility standards.  Remediation of any materials that do not comply with the applicable accessibility standards of 36 CFR Part 1194 as set forth herein shall be the responsibility of the Contractor.

This language is applicable to Statements of Work (SOW) or Performance Work Statements (PWS) generated by the Department of Health and Human Services (HHS) that require a contractor or consultant to (1) produce content in any format that could be placed on a Department-owned or Department-funded Web site; or (2) write, create or produce any communications materials intended for public or internal use; to include reports, documents, charts, posters, presentations (such as Microsoft PowerPoint) or video material that could be placed on a Department-owned or Department-funded Web site.

All contractors (including subcontractors) or consultants responsible for preparing or posting content intended for use on an HHS-funded or HHS-managed Web site must comply with applicable Section 508 accessibility standards, and where applicable, those set forth in the referenced policy or standards documents below.

The following Section 508 provisions apply to the content or communications material identified in this SOW or PWS:

36 CFR 1194.21(a)-(j)

References:

- HHS Policy for Section 508 Electronic and Information Technology (E&IT) (January 2005): http://www.hhs.gov/od/Final_Section_508_Policy.html
- HHS Section 508 Web site: http://508.hhs.gov/
- HHS ASPA Web Communications Division Web site: http://www.hhs.gov/web/policies/index.html
- US General Services Administration (GSA) Section 508 Web site: http://www.section508.gov/index.cfm

## 7.8.    CONSTRAINTS

The contractor must comply with the following constraints in its proposed approach and during the contract period of performance:

### a.  Laws, Policies, Directives, and Standards that are Constraining Factors:
The contractor shall comply with all the Laws, Policies, Directives, and Standards that govern the Head Start program. Some examples can be found on the internet at the Office of Head Start's Early Childhood Learning and Knowledge Center http://eclkc.ohs.acf.hhs.gov/hslc. These include the Improving Head Start for School Readiness Act of 2007 (P.L. 110-134), Title 45 CFR Parts 1301-1311 commonly referred to as the Head Start Program Performance Standards, OMB Circulars A-102 and A-133, 2 CFR Parts 215,220,225,230, 45 CFR Part 74 and 45 CFR Part 92, and the Head Start Program Instructions and Policies.

### b.  Conflict of Interest and Grant Competitions
Neither the Contractor's organization, its subsidiaries, teaming partners, delegate agencies, nor any of its employees thereof shall participate as an applicant or subapplicant for any Office of Head Start discretionary grant competition for the provision of Early Head Start and/or Head Start services during the contract period of performance.

### c.  Constraints Regarding the Media
Neither Contractor staff nor any of the Early Head Start and/or Head Start grantee staff under interim management shall engage with the media. All media inquiries shall be referred immediately to the Contracting Officer's Representative (COR) and the U.S. Department of Health and Human Services, (DHHS) Office of Public Affairs.

  **d.** **Restrictions on Use and Disclosure of Information**
  The Contractor employees working under this contract are required to complete the
  Nondisclosure Agreement located under Attachment D.

**7.9.** **SERVICE CONTRACT ACT**

The Service Contract Act of 1965 is applicable to this task order. Wage Determination No.:
2005-2103 (Rev.-12) for Washington, DC is appropriate for this requirement and is located
under Attachment E.

**SECTION 8 – CONTRACT CLAUSES**

**FEDERAL ACQUISITION REGULATIONS (FAR) 48 CFR CHAPTER CLAUSES**

**8.1.** **CLAUSES INCORPORATED BY REFERENCE (FAR 52.252-2, FEBRUARY
   1998)**

This contract incorporates some FAR provisions/clauses by reference, with the same force and
effect as if they were given in full text. Upon request, the Contracting Officer will make their
full text available. Also, the full text of a clause may be accessed electronically at this/these
address(es): https://www.acquisition.gov/far/index.html. The applicable provisions/clauses are
as follows:

| CLAUSE | TITLE | DATE |
|---|---|---|
| 52.227-14 | Rights in Data | December 2007 |
| 52.228-5 | Insurance – Work on a Government Installation | January 1997 |
| 52.212-4 | Contract Terms and Conditions – Commercial Items | June 2010 |

**8.2.** **FAR 52.217-8 OPTION TO EXTEND SERVICES (NOV 1999)**

The Government may require continued performance of any services within the limits and at the
rates specified in the contract. These rates may be adjusted only as a result of revisions to
prevailing labor rates provided by the Secretary of Labor. The option provision may be exercised
more than once, but the total extension of performance hereunder shall not exceed 6 months. The
Contracting Officer may exercise the option by written notice to the Contractor within 30 days
before the contract expires.

**8.3.** **FAR 52.217-9 OPTION TO EXTEND THE TERM OF THE CONTRACT
   (MAR 2000)**

a. The Government may extend the term of this contract by written notice to the Contractor
  within 30 days prior to contract expiration; provided that the Government gives the
  Contractor a preliminary written notice of its intent to extend at least 60 days before the
  contract expires. The preliminary notice does not commit the Government to an extension.

b. If the Government exercises this option, the extended contract shall be considered to include this option clause.

c. The total duration of this contract, including the exercise of any options under this clause, shall not exceed sixty (60) months.

## 8.4.   HHSAR 352.237-73 NON-DISCRIMINATION IN SERVICE DELIVERY (MAR 2012)

It is the policy of the Department of Health and Human Services that no person otherwise eligible will be excluded from participation in, denied the benefits of, or subjected to discrimination in the administration of HHS programs and services based on non-merit factors such as race, color, national origin, religion, sex, gender identify, sexual orientation, or disability (physical or mental). By acceptance of this contract, the contractor agrees to comply with this policy in supporting the program and in performing the services called for under this contract. The contractor shall include this clause in all sub-contracts awarded under this contract for supporting or performing the specified program and services. Accordingly, the contractor shall ensure that each of its employees, and any sub-contractor staff, is made aware of, understands, and complies with this policy.

## 8.5   HHSAR 352.203-70 ANTI-LOBBYING (MAR 2012)

Pursuant to the current HHS annual appropriations act, Public Law 112-74, except for normal and recognized executive-legislative relationships, the Contractor shall not use any HHS contract funds for:

(a) Publicity or propaganda purposes;

(b) The preparation, distribution, or use of any kit, pamphlet, booklet, publication, electronic communication, radio, television or video presentation designed to support or defeat the enactment of legislation before the Congress or any State or local legislature or legislative body, except in presentation to the Congress or any State or local legislature itself; or designed to support of defeat any proposed or pending regulation, administrative action, or order issued by the executive branch of any State or local government, except in presentation to the executive branch of any State or local government itself; or

(c) Payment of salary or expenses of the Contractor, or any agent acting for the Contractor, related to any activity designed to influence the enactment of legislation, appropriations regulation, administrative action, or Executive order proposed or pending before the Congress or any State government, State legislature or local legislature or legislative body, other than for normal and recognized executive-legislative relationships or participation by an agency or officer of a State, local or tribal government is policymaking and administrative processes within the executive branch of that government.

The prohibitions in subsections (a), (b), and (c) above shall include any activity to advocate or promote any proposed, pending, or future Federal, State or local tax increase, or any proposed, pending, or future requirement for, or restriction on, any legal consumer product, including its sale or marketing, including, but not limited to, the advocacy or promotion of gun control.

**8.6.    HHSAR 352.231-70 SALARY RATE LIMITATION (MAR 2012)**

(a) Pursuant to the current and applicable prior HHS appropriations acts, the Contractor shall not use contract funds to pay the direct salary of an individual at a rate in excess of the Federal Executive Schedule Level II in effect on the date an expense is incurred.

(b) For purposes of the salary rate limitation, the terms "direct salary," "salary", and "institutional base salary", have the same meaning and are collectively referred to as "direct salary", in this clause. An individual's direct salary is the annual compensation that the Contractor pays for an individual's direct effort (costs) under the contract. Direct salary excludes any income that an individual may be permitted to ear outside of duties to the Contractor. Direct salary also excludes fringe benefits, overhead, and general and administrative expenses (also referred to as indirect costs or facilities and administrative [F&A] costs).

Note: The salary rate limitation does not restrict the salary that an organization may pay an individual working under an HHS contract or order; it merely limits the portion of that salary that may be paid with Federal funds.

(c) The salary rate limitation also applies to individuals under subcontracts. If this is a multiple-year contract or order, it may be subject to unilateral modification by the Contracting Officer to ensure that an individual is not paid at a rate that exceeds the salary rate limitation provision established in the HHS appropriations act in effect when the expense is incurred regardless of the rate initially used to establish contract or order funding.

(d) See the salaries and wages pay table on the U.S. Office of Personnel Management Web site for Federal Executive Schedule salary levels that apply to the current and prior periods.

**8.7    DEPARTMENT OF HEALTH AND HUMAN SERVICES ACQUISITION REGULATION (HHSAR) (48 CFR CHAPTER 3) CONTRACT CLAUSES**

| CLAUSE | TITLE | DATE |
|--------|-------|------|
| 352.202-1 | Definitions | January 2006 |
| 352.222-70 | Contractor cooperation in equal employment opportunity investigations. | January 2010 |
| 352.224-70 | Privacy Act | January 2006 |
| 352.227-70 | Publications and Publicity | January 2006 |
| 352.239-72 | Security Requirements for Fed. Information Technology Resources | January 2010 |

| CLAUSE | TITLE | DATE |
|--------|-------|------|
| 352-242-71 | Tobacco-free facilities | January 2006 |
| 352.242-73 | Withholding of Contract Payments | January 2006 |

All other GSA terms and condition of which apply herein.

## SECTION 9 – LIST OF ATTACHMENTS

**9.1.** The attachments to this solicitation are as follows:

Attachment A.     Quality Assurance Surveillance Plan

Attachment B.     Monthly Travel Plan  (Projection and Final)

Attachment C.     Problem Notification Report (PNR)

Attachment D.     Acronym List

Attachment E.     Wage Determination No.: 2005-2013 (Rev. 12)

**Attachment A**

<u>QUALITY ASSURANCE SURVEILLANCE PLAN (QASP)</u>

The Government intends to utilize a Quality Assurance Surveillance Plan (QASP) to monitor the quality of the Contractor's performance. The oversight provided for in the contract and in the QASP will help to ensure that service levels reach and maintain the required levels throughout the contract term. Further, the QASP provides the COR with a proactive way to avoid unacceptable or deficient performance, and provides verifiable input for the required past performance information assessments completed through the Contractor Performance Assessment Reporting System (CPARS) (see Section 7.2). The QASP is a living document and may be updated by the Government as necessary.

| Required Services/Tasks | Performance Standards | Method of Surveillance (Quality Assurance) | Standard to be Met/ Allowable Deviation | Incentive |
|---|---|---|---|---|
| Customer Satisfaction | Contractor complies with SOW specifications and completion of milestones and deliverables. Contractor adheres to guidance provided by COR. | COR feedback periodic sampling of grantee and Regional office staff feedback. | Fewer than 2 valid written complaints from COR during the period of performance. | Past Performance Rating of satisfactory or higher in CPARS |
| Overall Contract Management/Quality Control | Contractor maintains high level of quality assurance related to overall performance, deliverables and travel budget. Contractor informs COR timely of issues or problems. Contractor meets time frames agreed upon. | COR and Contracting Officer monitoring and review of reports, activities and deliverables. Review of grantee feedback. | COR makes no more than 2 valid written complaints during the period of performance. Issues are reported within 30 days of identification. | Past Performance Rating of satisfactory or higher in CPARS |
| Transition (Base Period Only) | Operational Capability | COR and other federal staff | Complete operational capability within | Past Performance Rating of satisfactory or higher in CPARS |

| | | | | |
|---|---|---|---|---|
| | | reviews. | 30 calendar days of the award | |
| Personnel Vacancies | Ability to provide qualified personnel | Updated Status Employee Roster | Vacancies are filled within 45 calendar days of contractor vacancy notification. | Past Performance Rating of satisfactory or higher in CPARS |
| Cost Control | Ability to stay on budget. | Cumulative total invoiced | No cost overruns | Past Performance Rating of satisfactory or higher in CPARS |
| Invoicing | Proper and timely invoice submission | Government receipt of an accurate invoice no later than 30 calendar days after cost incurred | Review of contractor invoices and payment of rejection of the invoices in accordance with the FAR | Past Performance Rating of satisfactory or higher in CPARS |

The evaluation ratings are as follows:

Exceptional – Performance meets contractual requirements and exceeds many to the Government's benefit. The contractual performance of the task and sub-task being assessed was accomplished with few minor problems for which corrective actions taken by the contractor were highly effective.

Very Good - Performance meets contractual requirements and exceeds some to the Government's benefit. The contractual performance of the task and sub-task being assessed was accomplished with some minor problems for which corrective actions taken by the contractor were effective.

Satisfactory - Performance meets contractual requirements. The contractual performance of the task and sub-task contain some minor problems for which corrective actions taken by the contractor appear or were satisfactory.

Marginal - Performance does not meet contractual requirements. The contractual performance of the task and sub-task being assessed reflect a serious problem for which the contractor has not yet identified corrective actions. The contractor's proposed actions appear only marginally effective or were not fully implemented.

Unsatisfactory – Performance does not meet most contractual requirements and recovery is not likely in a timely manner. The contractual performance of the task or sub-task contains a serious problem(s) for which the contractor's actions appear or were ineffective.

**Office of Head Start National Interim Management**
**for**
**The United States Department of Health and Human Services**
**Administration for Children and Families, Office of Head Start**

**Attachment B**

**MONTHLY TRAVEL PLAN TEMPLATE**

Month/Year_____

| Name of Traveler | Grantee Name and Grant Number | Dates of Travel | Destination | Purpose of Travel |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Monthly Local Travel Estimate** | $XX.XX | | | |

Projected Travel
APPROVAL:


Date:


Final Travel
APPROVAL:


Date:

**Office of Head Start National Interim Management**
**for**
**The United States Department of Health and Human Services**
**Administration for Children and Families, Office of Head Start**

**Attachment C**
**Problem Notification Report Template**

| PROBLEM NOTIFICATION REPORT | |
|---|---|
| **Grantee Name:** | **Grant Number:** |
| **Submitted By:** **Contact Information:** | **Date:** |
| 1. Nature and source(s) of problem: | |
| 2. Date OHS was notified: (date) _____  By Phone: (check) _____  By E-mail: (check) _____ | |
| 3. Is action required by the Government?  Yes_____  No_____ | |
| 4. If YES, describe Government action required and date required: | |
| 5. Will problem impact service deliver/program operations?  Yes_____ No_____ | |
| 6. If YES, describe the extent of the impact: | |
| 7. Describe corrective action needed to resolve problem: | |
| 8. Indicate when corrective action will be completed: (date) _____ | |

**Office of Head Start National Interim Management**
**for**
**The United States Department of Health and Human Services**
**Administration for Children and Families, Office of Head Start**

**Attachment D**
**ACRONYM LIST**

a.   Administration for Children and Families (ACF)

b.   American Indian/Alaska Native (AIAN)

c.   Conflict of Interest (COI)

d.   Contracting Officer (CO)

e.   Contracting Officer's Technical Representative (COTR)

f.   Contract Line Item Number (CLIN)

g.   Early Childhood Education (ECE)

h.   Early Head Start (EHS)

i.   Federal Travel Regulation (FTR)

j.   Head Start (HS)

k.   Head Start Enterprise System (HSES)

l.   Health and Human Services (HHS)

m.   Joint Travel Regulation (JTR)

n.   Migrant and Seasonal Head Start (MSHS)

o.   Monthly Status Report (MSR)

p.   Non-Disclosure Agreement (NDA)

q.   Not to Exceed (NTE)

r.   Office of Head Start (OHS)

s.   Other Direct Costs (ODC)

t.   Organization Conflict of Interest (OCI)

u.   Problem Notification Report (PNR)

v.   Program Services Support (PSC)

w.   Program Information Report (PIR)

x.   Quality Control Plan (QCP)

y.   Request for Proposal (RFP)

z.   Technical Assistance (TA)

WD 05-2103 (Rev.-12) was first posted on www.wdol.gov on 06/19/2012
*****************************************************************************

| REGISTER OF WAGE DETERMINATIONS UNDER | U.S. DEPARTMENT OF LABOR |
| THE SERVICE CONTRACT ACT | EMPLOYMENT STANDARDS ADMINISTRATION |
| By direction of the Secretary of Labor | WAGE AND HOUR DIVISION |
| | WASHINGTON D.C. 20210 |

|  |  |
| --- | --- |
| | Wage Determination No.: 2005-2103 |
| Diane C. Koplewski      Division of | Revision No.: 12 |
| Director      Wage Determinations| | Date Of Revision: 06/13/2012 |

States: District of Columbia, Maryland, Virginia

Area: District of Columbia Statewide
Maryland Counties of Calvert, Charles, Frederick, Montgomery, Prince
George's, St Mary's
Virginia Counties of Alexandria, Arlington, Fairfax, Falls Church, Fauquier,
King George, Loudoun, Prince William, Stafford

_____
                    **Fringe Benefits Required Follow the Occupational Listing**
OCCUPATION CODE - TITLE                          FOOTNOTE              RATE
01000 - Administrative Support And Clerical Occupations

| Code - Title | Rate |
| --- | --- |
| 01011 - Accounting Clerk I | 15.08 |
| 01012 - Accounting Clerk II | 16.92 |
| 01013 - Accounting Clerk III | 22.30 |
| 01020 - Administrative Assistant | 31.41 |
| 01040 - Court Reporter | 21.84 |
| 01051 - Data Entry Operator I | 14.38 |
| 01052 - Data Entry Operator II | 15.69 |
| 01060 - Dispatcher, Motor Vehicle | 17.87 |
| 01070 - Document Preparation Clerk | 14.21 |
| 01090 - Duplicating Machine Operator | 14.21 |
| 01111 - General Clerk I | 14.88 |
| 01112 - General Clerk II | 16.24 |
| 01113 - General Clerk III | 18.74 |
| 01120 - Housing Referral Assistant | 25.29 |
| 01141 - Messenger Courier | 13.62 |
| 01191 - Order Clerk I | 15.12 |
| 01192 - Order Clerk II | 16.50 |
| 01261 - Personnel Assistant (Employment) I | 18.15 |
| 01262 - Personnel Assistant (Employment) II | 20.32 |
| 01263 - Personnel Assistant (Employment) III | 22.65 |
| 01270 - Production Control Clerk | 22.03 |
| 01280 - Receptionist | 14.43 |
| 01290 - Rental Clerk | 16.55 |
| 01300 - Scheduler, Maintenance | 18.07 |
| 01311 - Secretary I | 18.07 |
| 01312 - Secretary II | 20.18 |
| 01313 - Secretary III | 25.29 |
| 01320 - Service Order Dispatcher | 16.98 |
| 01410 - Supply Technician | 28.55 |
| 01420 - Survey Worker | 20.03 |
| 01531 - Travel Clerk I | 13.29 |
| 01532 - Travel Clerk II | 14.36 |
| 01533 - Travel Clerk III | 15.49 |
| 01611 - Word Processor I | 15.63 |
| 01612 - Word Processor II | 17.67 |
| 01613 - Word Processor III | 19.95 |

05000 - Automotive Service Occupations

```
05005 - Automobile Body Repairer, Fiberglass              25.26
05010 - Automotive  Electrician                           23.51
05040 - Automotive Glass Installer                        22.15
05070 - Automotive Worker                                 22.15
05110 - Mobile Equipment Servicer                         19.04
05130 - Motor Equipment Metal Mechanic                    24.78
05160 - Motor Equipment Metal Worker                      22.15
05190 - Motor Vehicle Mechanic                            24.78
05220 - Motor Vehicle Mechanic Helper                     18.49
05250 - Motor Vehicle Upholstery Worker                   21.63
05280 - Motor Vehicle Wrecker                             22.15
05310 - Painter, Automotive                               23.51
05340 - Radiator Repair Specialist                        22.15
05370 - Tire Repairer                                     14.44
05400 - Transmission Repair Specialist                    24.78
07000 - Food Preparation And Service Occupations
07010 - Baker                                             13.85
07041 - Cook I                                            12.55
07042 - Cook II                                           14.60
07070 - Dishwasher                                        10.11
07130 - Food Service Worker                               10.66
07210 - Meat Cutter                                       18.08
07260 - Waiter/Waitress                                    9.70
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                       19.86
09040 - Furniture Handler                                 14.06
09080 - Furniture Refinisher                              20.23
09090 - Furniture Refinisher Helper                       15.52
09110 - Furniture Repairer, Minor                         17.94
09130 - Upholsterer                                       19.86
11000 - General Services And Support Occupations
11030 - Cleaner, Vehicles                                 10.54
11060 - Elevator Operator                                 10.54
11090 - Gardener                                          17.52
11122 - Housekeeping Aide                                 11.83
11150 - Janitor                                           11.83
11210 - Laborer, Grounds Maintenance                      13.07
11240 - Maid or Houseman                                  11.26
11260 - Pruner                                            11.58
11270 - Tractor Operator                                  16.04
11330 - Trail Maintenance Worker                          13.07
11360 - Window Cleaner                                    12.85
12000 - Health Occupations
12010 - Ambulance Driver                                  20.41
12011 - Breath Alcohol Technician                         20.27
12012 - Certified Occupational Therapist Assistant        23.11
12015 - Certified Physical Therapist Assistant            21.43
12020 - Dental Assistant                                  17.18
12025 - Dental Hygienist                                  44.75
12030 - EKG Technician                                    27.67
12035 - Electroneurodiagnostic Technologist               27.67
12040 - Emergency Medical Technician                      20.41
12071 - Licensed Practical Nurse I                        19.07
12072 - Licensed Practical Nurse II                       21.35
12073 - Licensed Practical Nurse III                      24.13
12100 - Medical Assistant                                 15.01
12130 - Medical Laboratory Technician                     18.04
12160 - Medical Record Clerk                              17.42
12190 - Medical Record Technician                         19.50
12195 - Medical Transcriptionist                          18.77
12210 - Nuclear Medicine Technologist                     37.60
```

| Code | Occupation | | Rate |
|------|-----------|---|------|
| 12221 | - Nursing Assistant I | | 10.80 |
| 12222 | - Nursing Assistant II | | 12.14 |
| 12223 | - Nursing Assistant III | | 13.98 |
| 12224 | - Nursing Assistant IV | | 15.69 |
| 12235 | - Optical Dispenser | | 20.17 |
| 12236 | - Optical Technician | | 15.80 |
| 12250 | - Pharmacy Technician | | 18.12 |
| 12280 | - Phlebotomist | | 15.69 |
| 12305 | - Radiologic Technologist | | 31.11 |
| 12311 | - Registered Nurse I | | 27.64 |
| 12312 | - Registered Nurse II | | 33.44 |
| 12313 | - Registered Nurse II, Specialist | | 33.44 |
| 12314 | - Registered Nurse III | | 40.13 |
| 12315 | - Registered Nurse III, Anesthetist | | 40.13 |
| 12316 | - Registered Nurse IV | | 48.10 |
| 12317 | - Scheduler (Drug and Alcohol Testing) | | 21.73 |
| 13000 | - Information And Arts Occupations | | |
| 13011 | - Exhibits Specialist I | | 19.86 |
| 13012 | - Exhibits Specialist II | | 24.61 |
| 13013 | - Exhibits Specialist III | | 30.09 |
| 13041 | - Illustrator I | | 20.48 |
| 13042 | - Illustrator II | | 25.38 |
| 13043 | - Illustrator III | | 31.03 |
| 13047 | - Librarian | | 33.88 |
| 13050 | - Library Aide/Clerk | | 14.21 |
| 13054 | - Library Information Technology Systems Administrator | | 30.60 |
| 13058 | - Library Technician | | 19.89 |
| 13061 | - Media Specialist I | | 18.73 |
| 13062 | - Media Specialist II | | 20.95 |
| 13063 | - Media Specialist III | | 23.36 |
| 13071 | - Photographer I | | 16.65 |
| 13072 | - Photographer II | | 18.90 |
| 13073 | - Photographer III | | 23.67 |
| 13074 | - Photographer IV | | 28.65 |
| 13075 | - Photographer V | | 33.76 |
| 13110 | - Video Teleconference Technician | | 20.39 |
| 14000 | - Information Technology Occupations | | |
| 14041 | - Computer Operator I | | 18.92 |
| 14042 | - Computer Operator II | | 21.18 |
| 14043 | - Computer Operator III | | 23.60 |
| 14044 | - Computer Operator IV | | 26.22 |
| 14045 | - Computer Operator V | | 29.05 |
| 14071 | - Computer Programmer I | (see 1) | 26.36 |
| 14072 | - Computer Programmer II | (see 1) | |
| 14073 | - Computer Programmer III | (see 1) | |
| 14074 | - Computer Programmer IV | (see 1) | |
| 14101 | - Computer Systems Analyst I | (see 1) | |
| 14102 | - Computer Systems Analyst II | (see 1) | |
| 14103 | - Computer Systems Analyst III | (see 1) | |
| 14150 | - Peripheral Equipment Operator | | 18.92 |
| 14160 | - Personal Computer Support Technician | | 26.22 |
| 15000 | - Instructional Occupations | | |
| 15010 | - Aircrew Training Devices Instructor (Non-Rated) | | 36.47 |
| 15020 | - Aircrew Training Devices Instructor (Rated) | | 44.06 |
| 15030 | - Air Crew Training Devices Instructor (Pilot) | | 52.81 |
| 15050 | - Computer Based Training Specialist / Instructor | | 36.47 |
| 15060 | - Educational Technologist | | 35.31 |
| 15070 | - Flight Instructor (Pilot) | | 52.81 |
| 15080 | - Graphic Artist | | 26.80 |
| 15090 | - Technical Instructor | | 25.08 |

```
    15095 - Technical Instructor/Course Developer              30.67
    15110 - Test Proctor                                        20.20
    15120 - Tutor                                               20.20
16000 - Laundry, Dry-Cleaning, Pressing And Related Occupations
    16010 - Assembler                                            9.88
    16030 - Counter Attendant                                    9.88
    16040 - Dry Cleaner                                          12.94
    16070 - Finisher, Flatwork, Machine                          9.88
    16090 - Presser, Hand                                        9.88
    16110 - Presser, Machine, Drycleaning                        9.88
    16130 - Presser, Machine, Shirts                             9.88
    16160 - Presser, Machine, Wearing Apparel, Laundry           9.88
    16190 - Sewing Machine Operator                             13.78
    16220 - Tailor                                              14.66
    16250 - Washer, Machine                                     10.88
19000 - Machine Tool Operation And Repair Occupations
    19010 - Machine-Tool Operator (Tool Room)                   21.14
    19040 - Tool And Die Maker                                  23.38
21000 - Materials Handling And Packing Occupations
    21020 - Forklift Operator                                   18.02
    21030 - Material Coordinator                                22.03
    21040 - Material Expediter                                  22.03
    21050 - Material Handling Laborer                           13.83
    21071 - Order Filler                                        15.09
    21080 - Production Line Worker (Food Processing)            18.02
    21110 - Shipping Packer                                     15.09
    21130 - Shipping/Receiving Clerk                            15.09
    21140 - Store Worker I                                      11.72
    21150 - Stock Clerk                                         16.86
    21210 - Tools And Parts Attendant                           18.02
    21410 - Warehouse Specialist                                18.02
23000 - Mechanics And Maintenance And Repair Occupations
    23010 - Aerospace Structural Welder                         27.21
    23021 - Aircraft Mechanic I                                 25.83
    23022 - Aircraft Mechanic II                                27.21
    23023 - Aircraft Mechanic III                               28.53
    23040 - Aircraft Mechanic Helper                            17.54
    23050 - Aircraft, Painter                                   24.73
    23060 - Aircraft Servicer                                   19.76
    23080 - Aircraft Worker                                     21.01
    23110 - Appliance Mechanic                                  21.75
    23120 - Bicycle Repairer                                    14.43
    23125 - Cable Splicer                                       26.02
    23130 - Carpenter, Maintenance                              21.40
    23140 - Carpet Layer                                        20.49
    23160 - Electrician, Maintenance                            27.98
    23181 - Electronics Technician Maintenance I                24.94
    23182 - Electronics Technician Maintenance II               26.47
    23183 - Electronics Technician Maintenance III              27.89
    23260 - Fabric Worker                                       19.13
    23290 - Fire Alarm System Mechanic                          22.91
    23310 - Fire Extinguisher Repairer                          17.62
    23311 - Fuel Distribution System Mechanic                   22.81
    23312 - Fuel Distribution System Operator                   19.38
    23370 - General Maintenance Worker                          21.43
    23380 - Ground Support Equipment Mechanic                   25.83
    23381 - Ground Support Equipment Servicer                   19.76
    23382 - Ground Support Equipment Worker                     21.01
    23391 - Gunsmith I                                          17.62
    23392 - Gunsmith II                                         20.49
    23393 - Gunsmith III                                        22.91
```

```
23410 - Heating, Ventilation And Air-Conditioning        23.89
Mechanic
23411 - Heating, Ventilation And Air Contditioning       25.17
Mechanic (Research Facility)
23430 - Heavy Equipment Mechanic                         22.91
23440 - Heavy Equipment Operator                         22.91
23460 - Instrument Mechanic                              22.59
23465 - Laboratory/Shelter Mechanic                      21.75
23470 - Laborer                                          14.98
23510 - Locksmith                                        21.90
23530 - Machinery Maintenance Mechanic                   23.12
23550 - Machinist, Maintenance                           22.91
23580 - Maintenance Trades Helper                        18.27
23591 - Metrology Technician I                           22.59
23592 - Metrology Technician II                          23.80
23593 - Metrology Technician III                         24.96
23640 - Millwright                                       28.19
23710 - Office Appliance Repairer                        22.96
23760 - Painter, Maintenance                             21.75
23790 - Pipefitter, Maintenance                          24.63
23810 - Plumber, Maintenance                             22.29
23820 - Pneudraulic Systems Mechanic                     22.91
23850 - Rigger                                           22.91
23870 - Scale Mechanic                                   20.49
23890 - Sheet-Metal Worker, Maintenance                  22.91
23910 - Small Engine Mechanic                            20.49
23931 - Telecommunications Mechanic I                    29.95
23932 - Telecommunications Mechanic II                   31.55
23950 - Telephone Lineman                                27.41
23960 - Welder, Combination, Maintenance                 22.91
23965 - Well Driller                                     22.91
23970 - Woodcraft Worker                                 22.91
23980 - Woodworker                                       17.62
24000 - Personal Needs Occupations
24570 - Child Care Attendant                             12.79
24580 - Child Care Center Clerk                          17.77
24610 - Chore Aide                                       10.57
24620 - Family Readiness And Support Services            16.90
Coordinator
24630 - Homemaker                                        18.43
25000 - Plant And System Operations Occupations
25010 - Boiler Tender                                    27.30
25040 - Sewage Plant Operator                            20.84
25070 - Stationary Engineer                              27.30
25190 - Ventilation Equipment Tender                     19.49
25210 - Water Treatment Plant Operator                   20.84
27000 - Protective Service Occupations
27004 - Alarm Monitor                                    20.57
27007 - Baggage Inspector                                12.71
27008 - Corrections Officer                              22.80
27010 - Court Security Officer                           24.72
27030 - Detection Dog Handler                            20.57
27040 - Detention Officer                                22.80
27070 - Firefighter                                      24.63
27101 - Guard I                                          12.71
27102 - Guard II                                         20.57
27131 - Police Officer I                                 26.52
27132 - Police Officer II                                29.67
28000 - Recreation Occupations
28041 - Carnival Equipment Operator                      13.59
28042 - Carnival Equipment Repairer                      14.63
```

```
28043 - Carnival Equpment Worker                                    9.24
28210 - Gate Attendant/Gate Tender                                 13.01
28310 - Lifeguard                                                  11.59
28350 - Park Attendant (Aide)                                      14.56
28510 - Recreation Aide/Health Facility Attendant                 10.62
28515 - Recreation Specialist                                      18.04
28630 - Sports Official                                            11.59
28690 - Swimming Pool Operator                                     18.21
29000 - Stevedoring/Longshoremen Occupational Services
   29010 - Blocker And Bracer                                      23.13
   29020 - Hatch Tender                                            23.13
   29030 - Line Handler                                            23.13
   29041 - Stevedore I                                             21.31
   29042 - Stevedore II                                            24.24
30000 - Technical Occupations
   30010 - Air Traffic Control Specialist, Center (HFO)   (see 2)  39.92
   30011 - Air Traffic Control Specialist, Station (HFO)  (see 2)  26.84
   30012 - Air Traffic Control Specialist, Terminal (HFO) (see 2)  29.56
   30021 - Archeological Technician I                              20.19
   30022 - Archeological Technician II                             22.60
   30023 - Archeological Technician III                            27.98
   30030 - Cartographic Technician                                 27.98
   30040 - Civil Engineering Technician                            26.41
   30061 - Drafter/CAD Operator I                                  20.19
   30062 - Drafter/CAD Operator II                                 22.60
   30063 - Drafter/CAD Operator III                                25.19
   30064 - Drafter/CAD Operator IV                                 31.00
   30081 - Engineering Technician I                                22.92
   30082 - Engineering Technician II                               25.72
   30083 - Engineering Technician III                              28.79
   30084 - Engineering Technician IV                               35.64
   30085 - Engineering Technician V                                43.61
   30086 - Engineering Technician VI                               52.76
   30090 - Environmental Technician                                27.41
   30210 - Laboratory Technician                                   23.38
   30240 - Mathematical Technician                                 28.94
   30361 - Paralegal/Legal Assistant I                             21.36
   30362 - Paralegal/Legal Assistant II                            26.47
   30363 - Paralegal/Legal Assistant III                           32.36
   30364 - Paralegal/Legal Assistant IV                            39.16
   30390 - Photo-Optics Technician                                 27.98
   30461 - Technical Writer I                                      21.93
   30462 - Technical Writer II                                     26.84
   30463 - Technical Writer III                                    32.47
   30491 - Unexploded Ordnance (UXO) Technician I                  24.74
   30492 - Unexploded Ordnance (UXO) Technician II                 29.93
   30493 - Unexploded Ordnance (UXO) Technician III                35.88
   30494 - Unexploded (UXO) Safety Escort                          24.74
   30495 - Unexploded (UXO) Sweep Personnel                        24.74
   30620 - Weather Observer, Combined Upper Air Or       (see 2)   25.19
   Surface Programs
   30621 - Weather Observer, Senior                      (see 2)   27.98
31000 - Transportation/Mobile Equipment Operation Occupations
   31020 - Bus Aide                                                14.32
   31030 - Bus Driver                                              20.85
   31043 - Driver Courier                                          13.98
   31260 - Parking and Lot Attendant                              10.07
   31290 - Shuttle Bus Driver                                      15.66
   31310 - Taxi Driver                                             13.98
   31361 - Truckdriver, Light                                      15.66
   31362 - Truckdriver, Medium                                     17.90
```

```
   31363 - Truckdriver, Heavy                              19.18
   31364 - Truckdriver, Tractor-Trailer                    19.18
99000 - Miscellaneous Occupations
   99030 - Cashier                                         10.03
   99050 - Desk Clerk                                      11.58
   99095 - Embalmer                                        23.05
   99251 - Laboratory Animal Caretaker I                   11.30
   99252 - Laboratory Animal Caretaker II                  12.35
   99310 - Mortician                                       31.73
   99410 - Pest Controller                                 17.69
   99510 - Photofinishing Worker                           13.20
   99710 - Recycling Laborer                               18.50
   99711 - Recycling Specialist                            22.71
   99730 - Refuse Collector                                16.40
   99810 - Sales Clerk                                     12.09
   99820 - School Crossing Guard                           13.43
   99830 - Survey Party Chief                              21.94
   99831 - Surveying Aide                                  13.63
   99832 - Surveying Technician                            20.85
   99840 - Vending Machine Attendant                       14.43
   99841 - Vending Machine Repairer                        18.73
   99842 - Vending Machine Repairer Helper                 14.43
```

---

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $3.71 per hour or $148.40 per week or $643.07 per month

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor; 3 weeks after 5 years, and 4 weeks after 15 years. Length of service includes the whole span of continuous service with the present contractor or successor, wherever employed, and with the predecessor contractors in the performance of similar work at the same Federal facility. (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of ten paid holidays per year, New Year's Day, Martin Luther King Jr's Birthday, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Columbus Day, Veterans' Day, Thanksgiving Day, and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.) (See 29 CFR 4174)

THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1) COMPUTER EMPLOYEES: Under the SCA at section 8(b), this wage determination does not apply to any employee who individually qualifies as a bona fide executive, administrative, or professional employee as defined in 29 C.F.R. Part 541. Because most Computer System Analysts and Computer Programmers who are compensated at a rate not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per week) an hour would likely qualify as exempt computer professionals, (29 C.F.R. 541. 400) wage rates may not be listed on this wage determination for all occupations within those job families. In addition, because this wage determination may not list a wage rate for some or all occupations within those job families if the survey data indicates that the prevailing wage rate for the occupation equals or exceeds $27.63 per hour conformances may be necessary for certain nonexempt employees. For example, if an individual employee is nonexempt but nevertheless performs duties within the scope of one of the Computer Systems Analyst or Computer Programmer

occupations for which this wage determination does not specify an SCA wage rate, then the wage rate for that employee must be conformed in accordance with the conformance procedures described in the conformance note included on this wage determination.

Additionally, because job titles vary widely and change quickly in the computer industry, job titles are not determinative of the application of the computer professional exemption. Therefore, the exemption applies only to computer employees who satisfy the compensation requirements and whose primary duty consists of:
    (1) The application of systems analysis techniques and procedures, including consulting with users, to determine hardware, software or system functional specifications;
    (2) The design, development, documentation, analysis, creation, testing or modification of computer systems or programs, including prototypes, based on and related to user or system design specifications;
    (3) The design, documentation, testing, creation or modification of computer programs related to machine operating systems; or
    (4) A combination of the aforementioned duties, the performance of which requires the same level of skills.  (29 C.F.R. 541.400).

2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty, you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.
 If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek, you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


HAZARDOUS PAY DIFFERENTIAL: An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordinance, explosives, and incendiary materials.  This includes work such as screening, blending, dying, mixing, and pressing of sensitive ordance, explosives, and pyrotechnic compositions such as lead azide, black powder and photoflash powder.  All dry-house activities involving propellants or explosives.
    Demilitarization, modification, renovation, demolition, and maintenance operations on sensitive ordnance, explosives and incendiary materials.  All operations involving regrading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with, or in close proximity to ordance, (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands, face, or arms of the employee engaged in the operation,  irritation of the skin, minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used. All operations involving, unloading, storage, and hauling of ordance, explosive, and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordance, explosives, and incendiary material differential pay.


** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract, by the employer, by the state or local law, etc.), the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms. In addition, where uniform cleaning and maintenance is made the responsibility of the employee, all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount, or the furnishing of contrary affirmative proof as to the actual cost), reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day). However, in those instances where the uniforms furnished are made of "wash and wear" materials, may be routinely washed and dried with other personal garments, and do not require any special treatment such as dry cleaning, daily washing, or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract, by the contractor, by law, or by the nature of the work, there is no requirement that employees be reimbursed for uniform maintenance costs.

The duties of employees under job titles listed are those described in the "Service Contract Act Directory of Occupations", Fifth Edition, April 2006, unless otherwise indicated. Copies of the Directory are available on the Internet. A links to the Directory may be found on the WHD home page at http://www.dol.gov/esa/whd/ or through the Wage Determinations On-Line (WDOL) Web site at http://wdol.gov/.

REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE (Standard Form 1444 (SF 1444))

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e., the work to be performed is not performed by any classification listed in the wage determination), be classified by the contractor so as to provide a reasonable relationship (i.e., appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination. Such conformed classes of employees shall be paid the monetary wages and furnished the fringe benefits as are determined. Such conforming process shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees. The conformed classification, wage rate, and/or fringe benefits shall be retroactive to the commencement date of the contract. (See Section 4.6 (C)(vi)) When multiple wage determinations are included in a contract, a separate SF 1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid, the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award, the contractor prepares a written report listing in order proposed classification title(s), a Federal grade equivalency (FGE) for each proposed classification(s), job description(s), and rationale for proposed wage rate(s), including information regarding the agreement or disagreement of the authorized representative of the employees involved, or where there is no authorized representative, the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action, together with the agency's recommendations and pertinent information including the position of the contractor and the employees, to the Wage and Hour Division, Employment Standards Administration, U.S. Department of Labor, for review. (See section 4.6(b)(2) of Regulations 29 CFR Part 4).

4) Within 30 days of receipt, the Wage and Hour Division approves, modifies, or disapproves the action via transmittal to the agency contracting officer, or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour decision to the contractor.

6) The contractor informs the affected employees.

Information required by the Regulations must be submitted on SF 1444 or bond paper.

When preparing a conformance request, the "Service Contract Act Directory of Occupations" (the Directory) should be used to compare job definitions to insure that duties requested are not performed by a classification already listed in the wage determination. Remember, it is not the job title, but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split, combine, or subdivide classifications listed in the wage determination.