# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## ADMINISTRATION FOR CHILDREN AND FAMILIES
### FINANCIAL ASSISTANCE AWARD

1. RECIPIENT (SEE REVERSE FOR PAYMENT AND GRANT INFO)

AUG 26 1994

SAI NUMBER: AR930930-095
PMS DOCUMENT NUMBER: 01 06CH029909

| Field | Value |
|---|---|
| AWARDING OFFICE | REGIONAL OFFICE (DALLAS) |
| 2. ASSISTANCE TYPE | GRANT |
| 3. AWARD NO. | 06CH0299/09 |
| 4. AMEND. NO. | 4 |
| 5. TYPE OF AWARD | SERVICE |
| 6. TYPE OF ACTION | SUPPLEMENT |
| 7. AWARD AUTHORITY | 42 USC 9801 ET SEQ. |
| 8. BUDGET PERIOD | 02/01/94 THRU 01/31/95 |
| 9. PROJECT PERIOD | THRU INDEF. |
| 10. CAT. NO. | 93.600 |

11. RECIPIENT ORGANIZATION:
CHILD DEVELOPMENT, INC
EL PASO & M STS.
P.O. BOX 2110
RUSSELLVILLE AR 72801
RICHARD PEEL, CHAIRMAN

12. PROJECT / PROGRAM TITLE:
CENTER BASED-HOME BASED-PARENT CHILD CENTER

13. COUNTY: POPE
14. CONGR. DIST.: 3
15. PRINCIPAL INVESTIGATOR OR PROGRAM DIRECTOR: JO ANN WILLIAMS

### 16. APPROVED BUDGET:

| Item | Amount |
|---|---|
| PERSONNEL | $1,751,134 |
| FRINGE BENEFITS | 415,032 |
| TRAVEL | 23,554 |
| EQUIPMENT | 108,437 |
| SUPPLIES | 105,213 |
| CONTRACTUAL | 268,554 |
| OTHER | 394,991 |
| TOTAL DIRECT COSTS | 3,066,915 |
| TOTAL INDIRECT COSTS CALCULATED | $0 |
| % OF $ | |
| IN-KIND CONTRIBUTIONS | $0 |
| TOTAL APPROVED BUDGET (*) | $3,066,915 |

### 17. AWARD COMPUTATION:

| | Amount | % |
|---|---|---|
| A. NON-FEDERAL SHARE | $766,729 | 20.0 |
| B. FEDERAL SHARE | $3,066,915 | 80.0 |

### 18. FEDERAL SHARE COMPUTATION:

| | Amount |
|---|---|
| A. TOTAL FEDERAL SHARE | $3,066,915 |
| B. UNOBLIGATED BALANCE FEDERAL SHARE | $184 |
| C. FED. SHARE AWARDED THIS BUDGET PERIOD | $3,066,731 |

19. AMOUNT AWARDED THIS ACTION: $42,143

20. FEDERAL $ AWARDED THIS PROJECT PERIOD:

21. AUTHORIZED TREATMENT OF PROGRAM INCOME: DEDUCTIVE

22. APPLICANT EIN:
23. PAYEE EIN:
24. OBJECT CLASS: 41.51

### 25. FINANCIAL INFORMATION:

| ORGN | FED% XX YR/SUPPL PROG | APPROPRIATION | CAN NO. | NEW AMT. | UNOBLIG. | NONFED % |
|---|---|---|---|---|---|---|
| ACYF | 01-06CH029909 | 7541536 | 4G064122 | 42,143 | | |

26. REMARKS:
CLIENT POPULATION: 911 NUMBER OF DELEGATE: 0
THIS GRANT IS PAID BY THE DHHS PAYMENT MGT. SYS., SEE ATTACHED PAYMENT INFO.
ALL PREVIOUS TERMS AND CONDITIONS REMAIN IN EFFECT.
THERE ARE SPECIAL CONDITIONS ATTACHED TO THIS AWARD.
(*) REFLECTS ONLY FEDERAL SHARE OF APPROVED BUDGET
THIS ACTION AWARDS A ONE TIME SUPPLEMENT OF $42,143 FOR THE FOLLOWING:
$4,606 FOR RENOVATION AND $37,537 FOR PURCHASE OF ONE FACILITY IN LOGAN
COUNTY ARKANSAS.

27. SIGNATURE - ACF GRANTS OFFICER  DATE: 8/25/94
28. SIGNATURE(S) CERTIFYING FUND AVAILABILITY  DATE: 8/24/94
29. SIGNATURE AND TITLE - PROGRAM OFFICIAL(S)  DATE: 8/25/94
LEON R. MCCOWAN, REGIONAL ADMINISTRATOR, ACF

DGCM-3-785 (Rev. 86)

**EXHIBIT H**



# HEAD START and EARLY HEAD START
## CONTINUATION APPLICATION
### 2/1/05 TO 1/31/06

Child Development, Inc.
P.O. Box 2110
Russellville, AR 72811-2110
ph: 479.968.6493
fax: 479.968.7825
e-mail: info@childdevinc.org

# TABLE OF CONTENTS

Standard Form 424 .................................................................. 1

Standard Form 424A ................................................................ 2-3

Standard Form 424B - Assurances ................................................... 4-9

Copy of Application Forwarded to Single Point of Contact ........................... 10-11

Head Start Policy Council Approval ................................................ 12

Governing Board Approval .......................................................... 13

A. Combined Roll-up Report - HS & EHS
    Program Approach Form - HS & EHS ........................................... 14-15
    Line Item Budget for HS & EHS .............................................. 16-24
    Program Narrative for HS & EHS ............................................. 25-31
    Slot Allocation by Location ................................................ 32
    Counties Served by Child Development, Inc. ................................. 33

B. Head Start Reports
    Program Approach Form - HS ................................................. 34-35
    Line Item Budget - HS ...................................................... 36-44
    Grant Detail Report - HS ................................................... 45-64
    Detailed Budget - HS ....................................................... 65-66
    Detailed Training & Technical Assistance Budget - HS ....................... 67
    Out of Town Travel - HS .................................................... 68
    Non-Federal - HS ........................................................... 69-70
    Equipment - HS ............................................................. 71

C. Early Head Start Reports
    Program Approach Form - EHS ................................................ 72-73
    Line Item Budget - EHS ..................................................... 74-82
    Grant Detail Report - EHS .................................................. 83-100
    Detailed Budget - EHS ...................................................... 101-102
    Detailed Training & Technical Assistance Budget - EHS ...................... 103
    Out of Town Travel - EHS ................................................... 104
    Non-Federal Share - EHS .................................................... 105

# APPLICATION FOR FEDERAL ASSISTANCE

Version 7/03

**1. TYPE OF SUBMISSION:**
- ☐ Application — ☐ Construction
- ☑ Non-Construction
- ☐ Pre-application — ☐ Construction
- ☐ Non-Construction

**2. DATE SUBMITTED:** 10-1-04
**Applicant Identifier:** 06CH0299/20

**3. DATE RECEIVED BY STATE:** 10-1-2004
**State Application Identifier:** AR 041001-005

**4. DATE RECEIVED BY FEDERAL AGENCY:**
**Federal Identifier:**

**5. APPLICANT INFORMATION**

Legal Name: CHILD DEVELOPMENT, INC.
Organizational Unit:
Department:
Organizational DUNS: 144727195
Division:

Address:
Street: P.O. BOX 2110
City: RUSSELLVILLE
County: POPE
State: AR   Zip Code: 72811-2110
Country: USA

Name and telephone number of person to be contacted on matters involving this application (give area code)
Prefix: MS.   First Name: JO ANN
Middle Name:
Last Name: WILLIAMS
Suffix:
Email: jwiliams@childdevinc.org
Phone Number: 479-968-6493
Fax Number: 479-968-7825

**6. EMPLOYER IDENTIFICATION NUMBER (EIN):**

**7. TYPE OF APPLICANT:** O. Not for Profit Organization
Other (specify):

**8. TYPE OF APPLICATION:**
☐ New   ☑ Continuation   ☐ Revision
If Revision, enter appropriate letter(s) in box(es)
Other (specify):

**9. NAME OF FEDERAL AGENCY:** DHHS/ACF

**10. CATALOG OF FEDERAL DOMESTIC ASSISTANCE NUMBER:** 93-600
TITLE (Name of Program):

**11. DESCRIPTIVE TITLE OF APPLICANT'S PROJECT:**
Head Start & Early Head Start Continuation Project
Client Population: Head Start - 1,046
Early Head Start - 180

**12. AREAS AFFECTED BY PROJECT:**
Arkansas, Conway, Franklin, Johnson, Lincoln, Logan, Lonoke, Perry, Polk, Pope, Scott & Yell counties in AR

**13. PROPOSED PROJECT**
Start Date: 2/1/05   Ending Date: 1/31/06

**14. CONGRESSIONAL DISTRICTS OF:**
a. Applicant: 3   b. Project: 1,2,3,4

**15. ESTIMATED FUNDING:**

| | |
|---|---|
| a. Federal | $7,470,610 |
| b. Applicant | $ |
| c. State | $ |
| d. Local | $ |
| e. Other | $1,867,653 |
| f. Program Income | $ |
| g. TOTAL | $9,338,263 |

**16. IS APPLICATION SUBJECT TO REVIEW BY STATE EXECUTIVE ORDER 12372 PROCESS?**
a. Yes. ☑ THIS PREAPPLICATION/APPLICATION WAS MADE AVAILABLE TO THE STATE EXECUTIVE ORDER 12372 PROCESS FOR REVIEW ON
DATE: 10-1-04
b. No. ☐ PROGRAM IS NOT COVERED BY E.O. 12372
☐ OR PROGRAM HAS NOT BEEN SELECTED BY STATE FOR REVIEW

**17. IS THE APPLICANT DELINQUENT ON ANY FEDERAL DEBT?**
☐ Yes   ☑ No

**18.** TO THE BEST OF MY KNOWLEDGE AND BELIEF, ALL DATA IN THIS APPLICATION/PREAPPLICATION ARE TRUE AND CORRECT. THE DOCUMENT HAS BEEN DULY AUTHORIZED BY THE GOVERNING BODY OF THE APPLICANT AND THE APPLICANT WILL COMPLY WITH THE ATTACHED ASSURANCES IF THE ASSISTANCE IS AWARDED.

a. Authorized Representative
Prefix: MR.   First Name: RICHARD   Middle Name:
Last Name: PEEL   Suffix:
b. Title: BOARD CHAIR
c. Telephone Number: 479-968-4000
d. Signature of Authorized Representative
e. Date Signed: 7/28/04

Previous Edition Usable
Authorized for Local Reproduction

1

Standard Form 424 (Rev.9-2003)
Prescribed by OMB Circular A-102

Embarking Upon A New ERA

HEAD START
EARLY HEAD START
ARRA COLA & QI
SUPPLEMENTAL

2009

Child Development Inc.

CHILD DEVELOPMENT, INC.
HEAD START AND EARLY HEAD START
FY2009 COLA, AARA COLA & QI

## TABLE OF CONTENTS

**Head Start Program Narrative**...................................................................................................1

Standard Form SF 424 Head Start COLA ....................................................................................2

Standard Form SF 424 A – Budget Form - Head Start COLA................................................. 4-5

Assurances SF 424B .............................................................................................................. 6-11

Head Start COLA Itemized Budget and Budget Narrative.................................................. 12-14

Standard Form SF 424 Head Start AARA COLA & QI..............................................................15

Standard Form SF 424 A – Budget Form - Head Start AARA COLA & QI........................ 17-18

Assurances SF 424B ............................................................................................................ 19-24

Head Start AARA COLA & QI Budget and Budget Narrative............................................ 25-33

**Early Head Start Program Narrative** ....................................................................................34

Standard Form SF 424 Early Head Start COLA.........................................................................35

Standard Form SF 424 A – Budget Form – Early Head Start COLA .................................. 37-38

Assurances SF 424B ............................................................................................................ 39-44

Early Head Start COLA Itemized Budget and Budget Narrative......................................... 45-47

Standard Form SF 424 Early Head Start AARA COLA & QI...................................................48

Standard Form SF 424 Early Head Start AARA COLA & QI............................................. 50-51

Assurances SF 424B ............................................................................................................ 52-57

Early Head Start AARA COLA & QI Itemized Budget and Budget Narrative ................... 58-64

**Head Start Policy Council Approval**................................................................................ 65-66

**Governing Board Approval** ............................................................................................... 67-92

CHILD DEVELOPMENT, INC.

HEAD START PROGRAM NARRATIVE

Child Development, Inc. (CDI) is funded to serve 1046 Head Start children in twelve counties in Arkansas. Nine hundred and six (906) children are served through a center-based option in 23 centers and 140 children are served through a home-based option.

CDI requests funding for a cost-of-living adjustment (COLA) of 4.9% to increase staff salaries and fringe benefits for all Early Head Start employees. A portion of this funding (3.1%) will result in a permanent increase in each staff's salary, with the remaining portion (1.8%) increasing staff's salary for a temporary period of time as defined by ARRA.

CDI requests 50% of the quality improvement funds to further increase salaries to ensure that compensation is adequate to attract and retain qualified Head Start staff in order to maintain quality and pay for educating staff to meet the statutory educational and degree requirements for teachers. The increase to CDI's salary/grade scale was based on a study of the Arkansas Department of Education Teacher Salary Schedule Analysis and the minimum wage rate increase that will be effective summer, 2009. This increase will insure that CDI teachers with Bachelor degrees will have a comparable starting salary to Arkansas Better Chance (ABC) state-funded preschool teachers and public school teachers in the counties we serve. To date, 78% of CDI's Head Start teachers have college degrees, with 32% holding Bachelor Degrees and 46% having Associate Degrees; in addition, 4% of teacher assistants have degrees and 24% have CDA credentials. Funding will enable teachers, teacher assistants and family enrichment service workers to complete postsecondary course work necessary to obtain degrees and/or increase professional knowledge. Funding will be provided for college tuition, fees and CDA expenses as needed to meet each staff's educational needs.

The remaining 50% of the quality improvement funds will be used to ensure that both indoor and outdoor play environments are conducive to providing effective program services to children and families and to employ one Disability Assistant to support and assist in providing services to children with disabilities. Several centers are in need of repair due to age and weather caused deterioration, and some equipment replacement is necessary to meet the needs of children and staff and to provide quality center environments. A list of specific improvements can be found in the budget narrative.

1

| APPLICATION FOR FEDERAL ASSISTANCE | | 2. DATE SUBMITTED: 05/07/2009 | Applicant Identifier 06CH0299 |
|---|---|---|---|
| 1. TYPE OF SUBMISSION | | 3. DATE RECEIVED BY STATE: | State Application Identifier |
| Application | Preapplication | | |
| ☐ Construction | ☐ Construction | 4. DATE RECEIVED BY FEDERAL AGENCY: 05/07/2009 | Federal Identifier 06CH0299 - 000 |
| ☒ Non-Construction | ☐ Non-Construction | | |

### 5. APPLICANT INFORMATION

| | |
|---|---|
| Legal Name: CHILD DEVELOPMENT, INC | Organizational Unit: |
| | Department: HHS: Office of Head Start |
| Organizational DUNS: 144727195 | Division: HHS: Office of Head Start |
| Address: | Name and telephone number of the person to be contacted on matters involving this application (give area code) |
| Street: P.O. Box 2110 | |
| | Prefix: | Middle Name: |
| City: Russellville | First Name: |
| County: N/A | Last Name: |
| State: AR   Zip Code: 72811 | Suffix: |
| Country: N/A | Email: |
| 6. EMPLOYER IDENTIFICATION NUMBER (EIN): 710632084 | Phone Number (give area code) | Fax Number (give area code) |

| 8. TYPE OF APPLICATION | 7. TYPE OF APPLICANT (enter appropriate letter in box) ☐ |
|---|---|
| ☐ New  ☐ Continuation  ☒ Revision | Other (specify) |
| If Revision, enter appropriate letter(s) in box(es): A ☐ | |
| Other (specify) | 9. NAME OF FEDERAL AGENCY: HHS / ACF / OHS |
| 10. CATALOG OF FEDERAL DOMESTIC ASSISTANCE NUMBER: 93.600 | 11. DESCRIPTION TITLE OF APPLICANT'S PROJECT: |
| TITLE (Name of Program): Head Start / Early Head Start | HEAD START COLA |
| 12. AREAS AFFECTED BY PROJECT (Cities, Counties, States etc.): ARKANSAS, CONWAY, FRANKLIN, JOHNSON, LINCOLN, LOGAN, LONOKE, PERRY, POPE, POLK, SCOTT & YELL COUNTIES | |
| 13. PROPOSED PROJECT: | 14. CONGRESSIONAL DISTRICTS OF: |
| Start Date: 02/01/2009   Ending Date: 01/31/2010 | a. Applicant:   b. Project: |

### 15. ESTIMATED FUNDING

| | | 16. IS APPLICATION SUBJECT TO REVIEW BY STATE EXECUTIVE ORDER 12372 PROCESS? |
|---|---|---|
| a. Federal | $0 | a. YES THIS PREAPPLICATION/APPLICATION WAS MADE AVAILABLE TO THE STATE EXECUTIVE ORDER 12372 PROCESS FOR REVIEW ON |
| b. Applicant | $0 | |
| c. State | $0 | Date: 5/08/2009 |
| d. Local | $0 | b. NO ☐ PROGRAM IS NOT COVERED BY E.O. 12372 |
| e. Other | $166,282 | ☐ OR PROGRAM HAS NOT BEEN SELECTED BY STATE FOR REVIEW |
| f. Program Income | $0 | 17. IS THE APPLICANT DELINQUENT ON ANY FEDERAL DEBT? |
| g. Total | $166,282 | ☐ Yes   If "Yes," attach an explanation.   ☒ No |

18. TO THE BEST OF MY KNOWLEDGE AND BELIEF, ALL DATA IN THIS APPLICATION ARE TRUE AND CORRECT. THE DOCUMENT HAS BEEN DULY AUTHORIZED BY THE GOVERNING BODY OF THE APPLICANT AND THE APPLICANT WILL COMPLY WITH THE ATTACHED ASSURANCES IF THE ASSISTANCE IS AWARDED

| a. Authorized Representative | | |
|---|---|---|
| Prefix: Mr. | First Name: Denton | Middle Name: |
| Last Name: Tumbleson | | Suffix: |
| b. Title: Authorizing Official | | c. Telephone number: (479)968-6493 |
| d. Signature of Authorized Representative: *Denton Tumbleson* | | e. Date Signed: May 8 2009 |

Standard Form 424 (Rev.9-2003) Prescribed by OMB Circular A-102