**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | |
|---|---|
| **SADIE PASCHAL, PENNY CLARK, BECCA COLEMAN, DEBRA FRAZIER, EVANGELA JACKSON, HENRIETTA JAMES, AMANDA KENNEY, VALERIE LEWIS, ANSHEKA NELSON, ALICIA PETERSON, ASHLEY REED, JUANITA RELEFORD, ANNA RENFRO, PATRICIA SHAVERS, TRACIE SMITH, ANDREA TONEY, and VIRGINIA ZERMENO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED** | **PLAINTIFFS** |

v.                    Case No. 4:12-CV-0184 KGB

**CHILD DEVELOPMENT, INC.**                                          **DEFENDANT**

## ORDER

The Court will conduct a status hearing by telephone on Friday, January 10, 2014, beginning at 10:30 a.m. The call-in information is as follows:

- Dial-in number:   (877) 810-9415

- Access code:       8401566

SO ORDERED this the 9th day of January, 2014.

_____
Kristine G. Baker
United States District Judge