# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**SADIE PASCHAL, PENNY CLARK, BECCA COLEMAN,**           **PLAINTIFFS**
**DEBRA FRAZIER, EVANGELA JACKSON, HENRIETTA JAMES,**
**AMANDA KENNEY, VALERIE LEWIS, ANSHEKA NELSON,**
**ALICIA PETERSON, ASHLEY REED, JUANITA RELEFORD,**
**ANNA RENFRO, PATRICIA SHAVERS, TRACIE SMITH,**
**ANDREA TONEY, and VIRGINIA ZERMENO, INDIVIDUALLY**
**AND ON BEHALF OF OTHERS SIMILARLY SITUATED**

**v.**           **Case No. 4:12-cv-00184-KGB**

**CHILD DEVELOPMENT, INC.**           **DEFENDANT**

## ORDER

Based on the Court's own docket, this case is removed from the trial docket for the week of January 21, 2014. A new trial date will be set, and an amended final scheduling order will be entered, by separate order.

SO ORDERED this the 10th day of January, 2014.

_____
Kristine G. Baker
United States District Judge