IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SADIE PASCHAL, PENNY CLARK, BECCA COLEMAN,                               PLAINTIFFS
DEBRA FRAZIER, EVANGELA JACKSON, HENRIETTA JAMES,
AMANDA KENNEY, VALERIE LEWIS, ANSHEKA NELSON,
ALICIA PETERSON, ASHLEY REED, JUANITA RELEFORD,
ANNA RENFRO, PATRICIA SHAVERS, TRACIE SMITH,
ANDREA TONEY, and VIRGINIA ZERMENO, INDIVIDUALLY
AND ON BEHALF OF OTHERS SIMILARLY SITUATED

v.                                  Case No. 4:12-cv-00184-KGB

CHILD DEVELOPMENT, INC.                                                   DEFENDANT

## ORDER

Before the Court is plaintiffs' motion to voluntarily dismiss separate defendant Child Development, Inc. (Dkt. No. 135). Pursuant to Rule 41(a) of the Federal Rules of Civil procedure, plaintiffs request that their pending claims against Child Development, Inc., be dismissed without prejudice. For good cause shown, plaintiffs' motion is granted. Plaintiffs' claims against Child Development, Inc., are hereby dismissed without prejudice.

SO ORDERED this the 10th day of January, 2014.

_____
Kristine G. Baker
United States District Judge