**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**SADIE PASCHAL, PENNY CLARK, BECCA COLEMAN,**                        **PLAINTIFFS**
**DEBRA FRAZIER, EVANGELA JACKSON, HENRIETTA JAMES,
AMANDA KENNEY, VALERIE LEWIS, ANSHEKA NELSON,
ALICIA PETERSON, ASHLEY REED, JUANITA RELEFORD,
ANNA RENFRO, PATRICIA SHAVERS, TRACIE SMITH,
ANDREA TONEY, and VIRGINIA ZERMENO, INDIVIDUALLY
AND ON BEHALF OF OTHERS SIMILARLY SITUATED**

**v.**                       **Case No. 4:12-cv-00184-KGB**

**CHILD DEVELOPMENT, INC.**                                           **DEFENDANT**

**JUDGMENT**

Plaintiffs originally brought this case against Child Development, Inc.; Community Development Institute Head Start; Jo Ann Williams, individually and as executive director of Child Development, Inc.; Bettye Williamson, individually and as a director of Child Development, Inc.; Mary Ann Rollans, individually and as a director of Child Development, Inc.; and Lisa Barber, as fiscal officer of Child Development, Inc.

On April 11, 2013, plaintiffs moved pursuant to Rule 41(a) of the Federal Rules of Civil Procedure to dismiss voluntarily and with prejudice their claims against separate defendant Jo Ann Williams (Dkt. No. 93). By Order entered on April 15, 2013, the Court granted plaintiffs' motion and dismissed with prejudice plaintiffs' claims against Ms. Williams (Dkt. No. 95).

On May 20, 2013, plaintiffs moved pursuant to Rule 41(a) to dismiss voluntarily and with prejudice their claims against separate defendants Bettye Williamson, Mary Ann Rollans, and Lisa Barber (Dkt. No. 103). By Order entered on May 24, 2013, the Court granted plaintiffs' motion, dismissed with prejudice plaintiffs' claims against Ms. Williamson, Ms. Rollans, and

Ms. Barber, and dismissed Ms. Rollans and Ms. Williamson's cross-claim against Ms. Williams and Ms. Barber (Dkt. No. 106).

By Opinion and Order entered January 7, 2014, the Court granted summary judgment on the issue of successor liability in favor of separate defendant Community Development Institute Head Start (Dkt. No. 132).  The Court dismissed plaintiffs' claims against Community Development Institute Head Start with prejudice.

Today, January 10, 2014, plaintiffs moved pursuant to Rule 41(a) to dismiss voluntarily and without prejudice their claims against separate defendant Child Development, Inc. (Dkt. No. 135).  The Court granted the motion and dismissed without prejudice plaintiffs' claims against Child Development, Inc. (Dkt. No. 137).

Consistent with the Orders of April 15, 2013, and May 24, 2013 (Dkt. Nos. 95, 106), the Opinion and Order of January 7, 2014 (Dkt. No. 132), and the Order of today's date (Dkt. No. 137), it is considered, ordered, and adjudged that plaintiffs' claims against separate defendants Jo Ann Williams, Bettye Williamson, Mary Ann Rollans, Lisa Barber, and Community Development Institute Head Start are hereby dismissed with prejudice and that plaintiffs' claims against separate defendant Child Development, Inc., are hereby dismissed without prejudice. The relief sought is denied.

SO ADJUDGED this the 10th day of January, 2014.

_____
Kristine G. Baker
United States District Judge